**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NEW YORK**

CHRIS URBANCZYK

                                        Plaintiff

v

BUFFALO CITY POLICE DEPARTMENT, NEW

YORK;

OFFICER  DUSTIN JOHNSON;

OFFICER LASHONDRA ROACH;

OFFICER LANCE WOODS

                                        Defendants



**13   CV   0357 A**

CASE NO: _____

1

## Table of Contents

Index of Exhibits ............................................. 3

Complaint .................................................... 4

Introductory Statement ....................................... 4

Jurisdiction ................................................. 5

Parties ...................................................... 5

Factual Allegation ........................................... 6

COUNT-I ...................................................... 11

(VIOLATION OF CIVIL RIGHTS WHILE ACTING UNDER THE COLOR OF LAW
42 U.S.C. § 1983)

COUNT-II ..................................................... 13

(EXCESSIVE FORCE, POLICE BRUTALITY, ASSAULT AND BATTERY)

COUNT- III ................................................... 14

(CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS AND FAILURE TO
INTERVENE IN THE VIOLATION OF CIVIL RIGHTS WHILE ACTING UNDER
THE COLOR OF LAW UNDER 42 U.S.C. § 1983)

COUNT-IV ..................................................... 15

(UNLAWFUL POLICE MISCONDUCT)

COUNT- V ..................................................... 16

(INTENTIONAL INFLICTION OF EMOTIONAL AND PHYSICAL DISTRESS)

COUNT-VI ..................................................... 17

(NEGLIGENCE)

Certificate of Service ....................................... 18

## Index of Exhibits

**Exhibit A: Hospital records**

**Exhibit B: Complaint filed with Buffalo Police Department**

## Complaint

NOW COMES, PLAINTIFF CHRIS URBANCZYK pro se, sue Defendants, BUFFALO CITY POLICE DEPARTMENT, NEW YORK; OFFICER DUSTIN JOHNSON; OFFICER LASHONDRA ROACH; OFFICER LANCE WOODS and hereby alleges as follows:

## Introductory Statement

This is an action for damages sustained by Plaintiff URBANCZYK against Defendants Buffalo City Police Department, New York; Officer Dustin Johnson; Officer Lashondra Roach; Officer Lance Woods. Plaintiff brings this action against Defendants Officer Dustin Johnson; Officer Lashondra Roach; Officer Lance Woods for unlawfully assaulting him and his girl friend and his brother; for engaging in police misconduct using unreasonable excessive force without justification and in violation of Plaintiff's civil rights. Plaintiff brings this action against Defendant Buffalo City Police Department, for conspiring to cover up the wrongful police misconduct against Plaintiff and failure to intervene and prevent Defendants Officer Dustin Johnson; Officer Lashondra Roach and Officer Lance Woods from assaulting the Plaintiff. Plaintiff URBANCZYK brings this action against the Buffalo City Police Department, New York responsible for the conduct, training and supervision of police officers under its charge. Defendant Buffalo City Police Department failed to adequately discipline Officer Dustin Johnson; Officer Lashondra Roach; Officer Lance Woods with regard to their propensity to commit excessive force against the citizenry and to have appropriate policies, procedures, and practices in place. Plaintiff brings this law suit against Defendants in whole for

state torts for use of excessive force, police brutality, assault, false arrest, negligence, unlawful police misconduct, threat of arrest, racial profiling and intentional infliction of emotional distress and physical distress causing personal injury to body.

## Jurisdiction

1. This action is brought pursuant to 42 U.S.C. § 1983, the First and Fourteenth Amendments of the United States Constitution and the laws of the State of New York.

2. The jurisdiction of this Court is predicated on 28 U.S. C. § 1331 and the supplemental jurisdiction of this Court under 28 U.S.C. § 1367(a).

3. Venue is placed in the United States District Court for the Western District of New York because it is where the events complained of occurred.

## Parties

1. At all material times hereto, Plaintiff, Chris Urbanczyk (Plaintiff Urbanczyk) an individual aged about 27 years located at 199, Maryknoll dr, Lackawarna, New York 14218.

2. At all material times hereto, Defendant Buffalo City Police Department, New York, (BPD) is the police department of Buffalo City, a New York law enforcement agency, located at Buffalo Police Department - 74 Franklin Street, Buffalo, NY 14202.

3. At all material times hereto, Defendant Officer Dustin Johnson, (Defendant Johnson) an individual, is an Officer serving the Buffalo City Police Department, New York located at Buffalo Police Department - 74 Franklin Street, Buffalo, NY 14202.

4. At all material times hereto, Defendant Officer Lashondra Roach, (Defendant Roach) an individual, is an Officer serving the Buffalo City Police Department, New York located at Buffalo Police Department - 74 Franklin Street, Buffalo, NY 14202.

5. At all material times hereto, Defendant Officer Lance Woods, (Defendant Woods) an individual, is an Officer serving the Buffalo City Police Department, New York located at Buffalo Police Department - 74 Franklin Street, Buffalo, NY 14202

6. At all times relevant hereto and in all actions described herein, Defendants, Officer Dustin Johnson; Officer Lashondra Roach; Officer Lance Woods were all acting under color of law as a police officer, and in such capacity, as the agent, servant and employee of Defendant, Buffalo Police Department.

7. At all times relevant hereto and in all actions described herein, Defendant, Buffalo City Police Department was responsible for its training, supervision and conduct of its Police Officers. They are also responsible for enforcing the regulations of the OFFICE and for ensuring that the police personnel of the OFFICE obey the laws of the State of New York and the United States of America.

8. Plaintiff sues Defendants in his individual capacity.

### Factual Allegation

1. On April 11, 2010 approximately around 10:00 PM , Plaintiff Urbanczyk along with his girl friend Sue Gauthier and Brother Kevin Urbanczyk were driving along _Smith St @ South Park, Buffalo. Plaintiff Urbanczyk's girl friend Sue Gauthier was at the driver's seat driving the car and

Plaintiff's brother Kevin Urbanczyk was seated at the rear seating of the car. The car Sue Gauthier was driving was a 94 nissan pathfinder; numbering EVT 2286.It had a load muffler.

2. Plaintiff Urbanczyk, his girl friend and brother were pulled over by Defendant Officer Johnson along with his associates Defendant Woods and Defendant Roach.

3. Defendant Johnson started to harass Plaintiff Urbanczyk's girl friend Sue Gauthier.

4. At that time, Defendant Woods positioned himself by the passenger side of the car and started to question Plaintiff URBANCZYK. Defendant Woods noticed that the passenger window was down. Defendant Woods immediately grabbed Plaintiff Urbanczyk by his arm bending it back from outside the vehicle yelling at him to get off the car.

5. Plaintiff Urbanczyk informed Defendant Woods that the passenger door did not open and hence, he had to crawl out over the driver seat.

6. At the same time, Defendant Johnson asked everyone to step out of the car. As soon as Sue Gauthier and Kevin Urbanczyk stepped out off the car, they were detained by the Defendants.

7. While Plaintiff Urbanczyk was crawling out of the driver seat of the car, Defendant Johnson grabbed Plaintiff by his sleeves and slammed him to the side of the car.

8. Plaintiff Urbanczyk was in a state of shock and was completely traumatized by the incident. Plaintiff Urbanczyk's glasses fell off his face to the ground.

9. By the time Plaintiff Urbanczyk could realize what had happened to him, Defendants Officer Johnson, Officer Woods grabbed Plaintiff Urbanczyk's arms while Defendant Officer

Roach started to hit Plaintiff Urbanczyk head with some kind of object.

10.    Plaintiff Urbanczyk unable to bear the pain, started to shout for help. The neighbors across the street came out and pleaded the Defendant Officers Johnson, Woods and Roach to stop attacking Plaintiff Urbanczyk.

11.    Defendants to the neighbors' plea replied back something obscene. The neighbors unable to help Plaintiff URBANCZYK stood watching the police brutality. Defendants Officer Johnson, Officer Woods and Officer Roach continued to attack Plaintiff Urbanczyk. Defendant Roach smashed Plaintiff Urbanczyk's Left foot with some object and broke my foot. Plaintiff Urbanczyk fell on the ground unable to bear the pain.

12.    Defendant Johnson and Woods later picked Plaintiff Urbanczyk up and slammed him on the police patrol car, and while hand cuffing Plaintiff Urbanczyk, Defendant Roach sprayed on his face a chemical mace and then threw him in the back of their patrolling vehicle.

13.    At the time of the incident, Plaintiff Urbanczyk's girl friend and brother were unable to help him out because they were detained by the Defendants.

14.    Plaintiff Urbanczyk was in severe pain. He begged Defendants to take him to the hospital.

15.    Defendants took Plaintiff Urbanczyk to Erie County Medical Center hospital.

16.    On arrival at the hospital Plaintiff Urbanczyk was made to undergo scanning and x-ray. (Attached Exhibit A-Hospital records and scan report)

17.    The doctors examined Plaintiff Urbanczyk's wounds and advised Defendants that there were swelling on Plaintiff

Urbanczyk's head and his Left foot was broken and swollen. Defendant Officers did not bother on what the doctor said.

18.    The doctors later helped Plaintiff Urbanczyk wash the Chemical Mace out of his eyes.

19.    Plaintiff Urbanczyk was later transferred to the Erie County Holding Center jail. The Defendants falsely charged Plaintiff Urbanczyk with the offenses of PL 120.05-03, PL 265.01-02, PL 205.30, PL240.20-01, PL240.20-02, PL 240.20-03, 6969-01, 6969-02.

20.    On or about 6-11-2010, Plaintiff Urbanczyk with an injured head and broken leg was taken to the Buffalo City Court. The Defendants in the charge sheet had charged Plaintiff Urbanczyk with all sorts of offenses. However, the court just fined him for the malicious charges against him.

21.    Plaintiff Urbanczyk for no fault of his had to bear with the mental and physical pain given by the Defendants and had to pay the fine ordered by the court.

22.    Plaintiff Urbanczyk unable to take the injustice done to him by the Defendants filed a complaint on the Buffalo Police Department's website, internal affairs. To this date Defendant BPD has neglected his complaint and has not taken any action against Defendants Officer Johnson, Woods and Roach. (Attached, Exhibit B complaint filed with Buffalo Police Department)

23.    The acts, practices and jurisdiction of Defendants as set forth herein, were and are being performed under color of state law and therefore constitute state action within the meaning of the Fourteenth Amendment to the Constitution of the United States.

24.    Plaintiff Urbanczyk is still traumatized by the acts of the Defendants. As a result of the whole incident

Plaintiff Urbanczyk suffered and had to bear with the injury. He was unable to attend work for a couple of days. However, with the pain he continued to work for a year visiting the doctor on a regular basis for the foot pain. The doctor later suggested a surgery to rectify Plaintiff's dislocated foot. (Attached, Exhibit A)

25.    Plaintiff unable to cope up with work due the pain was laid off from his work.  He was laid off only because he could not perform at work.

26.    Plaintiff Urbanczyk currently suffers from a career ending injury although he was operated. Plaintiff Urbanczyk was in cast for months together.

27.    Defendant BPD neither failed to discipline nor prosecutes known incidents of excessive use of force, to investigate complaints of excessive use of force, and to overrule the conclusions within the Department in spite of the overwhelming evidence that such incidents were unjustified and improper on receipt of the complaint filed by the Plaintiff.

28.    On information and belief, Defendant, BPD, authorized, tolerated as institutionalized practices and ratified the misconduct detailed above by:

   a. Failing to properly discipline, restrict and control employees, including Defendant Officers Johnson, Woods and Roach who were racist in their dealings with the Plaintiff Urbanczyk;

29.    As a direct and proximate result of the deliberate indifference of Defendant BPD, to prevent or change unconstitutional policies, customs and practices, Plaintiff Urbanczyk suffered the following injuries and damages:

   a. Violation of his constitutional rights under the First, Fourth and Fourteenth Amendments to the United

States Constitution to be afforded due process of law and equal protection under the law;

b. Loss of physical liberty; and

c. Severe physical injury, causing humiliation, emotional distress, pain and suffering, substantial medical and other out-of-pocket expenses, and future medical expenses.

30.    As a direct and proximate result of the actions of Defendant Officers Johnson, Woods, Roach the following clearly established and well-settled federal constitutional rights of Plaintiff Urbanczyk were violated:

a. Freedom from the use of excessive, unreasonable and unjustified force against his person; and

b. Equal Protection under the law;

c. Due process of law

## COUNT-I

## (VIOLATION OF CIVIL RIGHTS WHILE ACTING UNDER THE COLOR OF LAW 42 U.S.C. § 1983)

31.    Plaintiff URBANCZYK repeats and alleges from paragraph 1 to 30 with the same force and effect, as if fully set forth below.

32.    This cause of action is brought by Plaintiff against Defendant Officers Johnson, Woods and Roach for violating Plaintiff Urbanczyk's constitutional rights within the meaning of 42 U.S.C. § 1983.

33.    Defendant Officers Johnson, Woods and Roach were acting under the color of law, as authorized officers of Defendant BPD while threatening and assaulting Plaintiff URBANCZYK excessively.

34.    Plaintiff URBANCZYK alleges that his rights were violated under the First, Fourth and Fourteenth Amendment of the United States Constitution.

35.    The amendment to the United States Constitution states that Police officers shall take no action knowing it will violate the constitutional rights of any person. Section 1983 Title 42 of the U.S. Code makes it unlawful for anyone acting under the authority of state law to deprive another person of his or her rights under the Constitution or federal law. 42 U.S.C. § 1983 states that "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia."

36.    Defendant Officers Johnson, Woods and Roach violated Plaintiff Urbanczyk's First, Fourth and Fourteenth Amendments to the United States Constitution.

37.    Plaintiff Urbanczyk alleges that Defendant Officers Johnson, Woods and Roach did not give an opportunity for Plaintiff Urbanczyk to speak and ordered him to get off the

car. While he was getting out of the car, Defendant Johnson pulled him out of the car using excessive force followed by a rough act performed by Defendant Officers Woods, Roach along with Defendant Officer Johnson causing harm to his personal body.

38.     Plaintiff Urbanczyk submits that this action is brought for false arrest and false imprisonment may be brought under § 1983 for violation of the Fourth Amendment's Reasonable Search and Seizure Clause, and the Fourteenth Amendment's Due Process Clause.

39.     Plaintiff Urbanczyk alleges that the Defendants despite knowing of the fact that Plaintiff Urbanczyk was brutally injured by the acts of Defendant Officers Johnson, Woods and Roach, maliciously charged and arrested him. Plaintiff Urbanczyk states that under the fourth amendment to the constitution, malicious arrest is "the arresting of a person on a criminal charge without probable cause, or with knowledge that that person did not commit the offense charged."

40.     Although aware of Plaintiff Urbanczyk's health condition, he was sent to the jail. Those acts on the part of the Defendants clearly have violated Plaintiff Urbanczyk's civil rights under the constitution.

41.     The intentional, wilful and wanton acts of Defendant Officers Johnson, Woods and Roach establish a claim for punitive damages by the Plaintiff against Defendants.

### COUNT-II

### (EXCESSIVE FORCE, POLICE BRUTALITY, ASSAULT AND BATTERY)

42.     Plaintiff URBANCZYK repeats and alleges from paragraph 1 to 30 with the same force and effect, as if fully set forth below.

43.    This cause of action is brought against Defendant Officers Johnson, Woods and Roach who intentionally assaulted the Plaintiff and used excessive force.

44.    Plaintiff alleges from paragraph 7 to 12 that he was physically and verbally assaulted by use of excessive force by Defendant Officers Johnson, Woods and Roach causing severe injuries on his head, and Left foot.

45.    The direct and proximate result of the assault has caused the Plaintiff general and special damages in an amount to be proven at trial.

46.    As a direct and proximate cause of the acts of Defendant Officers Johnson, Woods and Roach acting on behalf of Defendant BPD as set forth in the paragraphs above, Plaintiff suffered physical injury, loss of income, medical expenses, and severe mental anguish in connection with the deprivation of his civil rights.

47.    The intentional, wilful and wanton acts of the Defendants establish a claim for punitive damages by the Plaintiff URBANCZYK against the Defendants.

<div align="center">

**COUNT-III**

(**CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS AND FAILURE TO INTERVENE IN THE VIOLATION OF CIVIL RIGHTS WHILE ACTING UNDER THE COLOR OF LAW UNDER 42 U.S.C. § 1983**)

</div>

48.    Plaintiff URBANCZYK repeats and alleges from paragraph 1 to 30 with the same force and effect, as if fully set forth below.

49.    This cause of action is brought by Plaintiff against Defendant BPD for conspiracy to interfere with civil rights and failure to intervene under 42 U.S.C. § 1983. Law enforcement department has an affirmative duty to intervene when the officer is aware of constitutional violations in

their presence and fails to take reasonable steps to protect the victim of another officer's use of excessive force.

50.    Although Plaintiff URBANCZYK filed a complaint with the Defendant BPD, the department failed to intervene and investigate on the complaint lodged by Plaintiff URBANCZYK.

51.    The Defendant's failure to intervene is a violation and as such is actionable under 42 U.S.C. §1983.

52.    Defendant Officers Johnson, Woods and Roach were acting under the color of law, as an authorized officer of Defendant BPD, while BPD conspired to cover up the wrongful police misconduct that it was aware of against Plaintiff URBANCZYK without conducting an investigation, without interviewing any witnesses and without interviewing Plaintiff URBANCZYK.

53.    The intentional, wilful and wanton acts of the Defendants establish a claim for punitive damages by Plaintiff URBANCZYK against the Defendants.

## COUNT-IV

### (UNLAWFUL POLICE MISCONDUCT)

54.    Plaintiff Urbanczyk repeats and alleges from paragraph 1 to 30 with the same force and effect, as if fully set forth below.

55.    This cause of action is brought against Defendant Officers Johnson, Woods and Roach for unlawful police misconduct on their part.

56.    Defendant Officers Johnson, Woods and Roach exceeded their authority when executing a search warrant by using unnecessary force on Plaintiff Urbanczyk, after he cooperated with them and came out of the car.

57.    Acting under color of law and pursuant to official policy or custom, Defendant BPD, failed to perform its duty to discipline, supervise, instruct its officers Defendants Johnson, Woods and Roach on a continuing basis. Defendant BPD, failed to perform its duty failed to perform its duty to investigate the complaint filed against its Defendant Officers and did not follow due process. The misconduct of the Defendants resulted in the following:

    a. Unlawfully and maliciously harassing Plaintiff Urbanczyk who was acting in accordance with his constitutional and statutory rights.

    b. Unlawfully and maliciously act of arrest.

    c. Unlawfully and maliciously causing Plaintiff URBANCZYK severe physical injury by using excessive and unreasonable force.

    d. Unlawfully violating the rights, privileges and immunities guaranteed to Plaintiff URBANCZYK by the Constitution and laws of the United States and the laws of the State of Florida.

    e. Depriving Plaintiff of his constitutional and statutory rights, privileges, and immunities.

58.    As a direct and proximate cause of the acts of Defendants, as set forth in the paragraphs above, Plaintiff Urbanczyk suffered physical injury, loss of income, medical expenses, and severe mental anguish in connection with the deprivation of his civil rights.

59.    The intentional, wilful and wanton acts of Defendants establish a claim for punitive damages by the Plaintiff against Defendants.

**COUNT- V**

**(INTENTIONAL INFLICTION OF EMOTIONAL AND PHYSICAL DISTRESS)**

60.    Plaintiff Urbanczyk repeats and alleges from paragraph 1 to 30 with the same force and effect, as if fully set forth below.

61.    Defendant BPD through its employees Defendant Officers Johnson, Woods and Roach intentionally caused bodily harm to Plaintiff Urbanczyk when they knew or should have known that emotional and physical distress would likely result.

62.    Plaintiff Urbanczyk alleges in paragraph 3 to 26 the emotional and physical distress he underwent.

63.    Defendant BPD through its employees Defendant Officers Johnson, Woods and Roach intentionally covered up the police misconduct when they knew or should have known that emotional and physical distress would likely result.

64.    The conduct of all the Defendants were outrageous, that is, as to go beyond all bounds of decency, and to be regarded as odious and utterly intolerable in a civilized community.

### COUNT-VI
### (NEGLIGENCE)

65.    Plaintiff Urbanczyk repeats and alleges from paragraph 1 to 30 with the same force and effect, as if fully set forth below.

66.    This cause of action is brought by Plaintiff URBANCZYK against Defendant BPD for negligence on its part to properly hire, train, oversee, supervise and discipline police officers of its department in Buffalo City.

67.    Defendant Officers Johnson, Woods and Roach acting under the color of law, as authorized officers of Defendant BPD, did not perform their duty as disciplined police officers.

68.    Defendant BPD was negligent by not conducting an investigation into the Plaintiff Urbanczyk's complaint.

17

69.    Defendant BPD did not follow due process of law and thereby violated Plaintiff URBANCZYK's civil rights.

70.    The intentional, wilful and wanton act of Defendant BPD establishes a claim for punitive damages by the Plaintiff against Defendant BPD.

### PRAYER

WHEREFORE, Plaintiff Urbanczyk prayerfully requests that this Honorable Court grant the following relief against the Defendants.

a. Award compensatory damages as this Honorable Court deems just.

b. Award punitive damages as this Honorable Court deems just.

c. Award such other and further relief as this Honorable Court deems just.

### Demand for Jury Trial

Plaintiff Urbanczyk demands trial by jury on all issues so triable.

Respectfully submitted, this ___9___ day of __April__, 2013

By: _____

Chris Urbanczyk, *pro se*

199, Maryknoll dr,

Lackawarna,

New York 14218

### Certificate of Service

The undersigned hereby certifies that on this ___a___ day of _____, 2013 that a true and correct copy of the foregoing

Complaint has been served to the Defendants by mail, via First Class mail, to the following addresses:

1. City Police Department, New York
   74 Franklin Street,
   Buffalo, NY 14202

2. Officer Dustin Johnson
   74 Franklin Street,
   Buffalo, NY 14202

3. Officer Lashondra Roach
   74 Franklin Street,
   Buffalo, NY 14202

4. Officer Lance Woods
   74 Franklin Street,
   Buffalo, NY 14202

Chris Urbanczyk, *pro se*
199, Maryknoll dr,
Lackawarna,
New York 14218

023044

| ACCOUNT NUMBER | | BALANCE | AMOUNT DUE |
|---|---|---|---|
| 156*0057005141 | 08/05/2011 | PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT | **$694.00** |

PATIENT NAME

CHRISTOPHER  URBANCZYK

BILLING QUESTIONS
OUT OF AREA: 1(866)-898-7117 CUSTOMER SERVICE
MONDAY-FRIDAY 8:00AM - 4:45PM ET

Para asistencia en español llame al numero de arriba.
 Tax Id 161581332
 Place of Service: MERCY HOSPITAL OF BUFFALO

IF YOU HAVE INSURANCE OR
PARTICIPATE IN ANY PROGRAM
WHICH WILL PAY FOR THESE
MEDICAL SERVICES  PLEASE
COMPLETE AND SIGN THE REVERSE
SIDE OF THIS STATEMENT AND
RETURN IN THE ENCLOSED
ENVELOPE. OTHERWISE  PLEASE
SEND YOUR PAYMENT TODAY.
THANK YOU.

MAKE CHECKS PAYABLE TO:

BUFFALO EMERGENCY ASSOCIATES  LLP
PO BOX 5192
BUFFALO NY 14240-5192
(866)-898-7117

SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

| Date | Doctor | Code | Description | Page 1 of 1 |
|---|---|---|---|---|
| 07/23/2011 | PAULETTE C ZIOMEK, PA | 99285 | EMERGENCY  DEPARTMENT VISIT | Amount |
| | | | | 694.00 |

NATHANIEL P BILLINGS  MD

**YOU CAN ACCESS YOUR ACCOUNT TO MAKE A PAYMENT OR CHANGES VIA THE INTERNET ANYTIME!!!**
Visit us at http://www.peryourhealth.com and enter your account
number of 156-57006141 and password T694S1

PLEASE DETACH AND RETURN THE BOTTOM PORTION WITH PAYMENT

156*0057005141
**BUFFALO EMERGENCY ASSOCIATES  LLP**
P.O. BOX 48305
JACKSONVILLE FL 32247-8305

Return Service Requested

GOT500.A3U2VB000823.J08QB7.023044 022766

|Ilıl.lıl.l..Ill...Illlıl.ıll.ıllı.llı.Ilıl.llı.l.lıl.ıllıl.lllı.l|

CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA NY 14218 - 2717

lııll.lıl.ıl.lıl.ııll.lllıı.lıll.lllıı.ıll.lıll.lıl.ıl.lııl

| ACCOUNT NUMBER | PATIENT NAME |
|---|---|
| 156*0057005141 | CHRISTOPHER  URBANCZYK |
| STATEMENT DATE | AMOUNT DUE        AMOUNT ENCLOSED |
| 08/05/2011 | **$694.00** |

To make credit card payments:
www.peryourhealth.com (see statement detail for account
number and password) or call (866)-898-7117

MAKE CHECKS PAYABLE AND REMIT TO:

|Ilıll.lıl.l..Ill..Illllıl.ıll.ıllı.llı.Ilıl.lıl.ıllıl.ıllılı.ıllll|

**BUFFALO EMERGENCY ASSOCIATES  LLP**
PO BOX 5192
BUFFALO NY 14240-5192

lıll.lılıl.lıl.ıllllıı.lıll.lllıı.lll.ııll.lıl.ıllıll

022766

PO BOX 165025
COLUMBUS, OH 43216-5025



ADDRESS SERVICE REQUESTED



#BWNDVFW  1V
#707045309044#
CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA, NY 14218-2717

4155 - 2310

January 01, 2012

**Amount Due:**    **$368.16**

---

**Client Name: Erie County Medical Center**             **Account Balance: $368.16**
**Client Account#: V00002961138**

We sent you a first notice that explained your rights to dispute the debt within 30 days from the date you received the first letter and your rights to request the name and address of the original creditor within that same period.

You still have time to exercise your rights.

Please direct any questions or payments to the address or phone number below.

This communication from a debt collector is an attempt to collect a debt, and any information obtained will be used for that purpose.

For flexible payment options please visit our website at: **www.paycbcs.com** and use the following account number to log in: **70704087453**
You may contact us at: **(800) 649-0690**

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION

---

CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA, NY 14218-2717

Erie County Medical Center
Account # : 70-704530904
Balance: $368.16

**RETURN THIS PORTION WITH YOUR PAYMENT**    1V

| IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW | | |
|---|---|---|
| ☐ VISA | ☐ MASTERCARD | |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | PHONE (with area code) | |

Make Payment To:

CBCS 70
PO BOX 164060
Columbus, Oh 43216-4060

70704530904000036816

PO BOX 165025
COLUMBUS, OH 43216-5025

Case 1:13-cv-00357-RJA-HKS Document 1 Filed 04/09/13 Page 22 of 98



ADDRESS SERVICE REQUESTED





4155 - 1132

#BWNDVFW 02
#707045309044#
CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA, NY 14218-2717

December 18, 2011

**Amount Due:** **$368.16**

**Client Name: Erie County Medical Center**
**Client Account#: V00002961138**

**Account Balance: $368.16**

Your past due account has been placed with this office for payment.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

For flexible payment options please visit our website at: **www.paycbcs.com** and use the following account number to log in: **70704087453**
You may contact us at: **(800) 649-0690**

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION

---

CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA, NY 14218-2717

Erie County Medical Center
Account # : 70-704530904
Balance: $368.16

**RETURN THIS PORTION WITH YOUR PAYMENT**   02

| IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW | | |
|---|---|---|
| ☐ VISA | ☐ MASTERCARD | |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | PHONE (with area code) | |

Make Payment To:

CBCS 70
PO BOX 164060
Columbus, Oh 43216-4060

7070453090400036816

4155 - 1132

PO BOX 165025
COLUMBUS, OH 43216-5025

ADDRESS SERVICE REQUESTED



ԱՍԱԱԱԱԱ|ԱԱ|ԱԱ|ԱԱ|ԱԱ|ԱԱ|ԱԱ|ԱԱ|ԱԱ    4155 - 4067

#BWNDVFW   02
#707045553906#
CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA, NY 14218-2717

January 06, 2012

**Amount Due:**    **$17.45**

---

**Client Name: Erie County Medical Center**
**Client Account#: V00003073743**

**Account Balance: $17.45**

Your past due account has been placed with this office for payment.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

For flexible payment options please visit our website at: **www.paycbcs.com** and use the following account number to log in:
**70704087453**
You may contact us at: **(800) 649-0690**

<u>**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**</u>

CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA, NY 14218-2717

Erie County Medical Center
Account # : 70-704555390
Balance: $17.45

**RETURN THIS PORTION WITH YOUR PAYMENT**          02

| IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW | |
|---|---|
| ☐ VISA | ☐ MASTERCARD |
| CARD NUMBER | EXP. DATE    AMOUNT |
| SIGNATURE | PHONE (with area code) |

Make Payment To:

CBCS  70
PO BOX 164060
Columbus, Oh 43216-4060
ԱԱԱԱ|ԱԱ|ԱԱ|ԱԱ|ԱԱ|ԱԱ|ԱԱ|Ա

7070455539000001745

4155 -4067

ADDRESS SERVICE REQUESTED

**CBCS**

4155 - 1844

#BWNDVFW  02
#707040874539#
CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA, NY 14218-2717

March 05, 2011

**Amount Due:**     **$37.02**

**Client Name: Erie County Medical Center**
**Client Account#: V00002882740**

**Account Balance: $37.02**

Your past due account has been placed with this office for payment.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

For flexible payment options please visit our website at: **www.paycbcs.com** and use the following account number to log in: **70704087453**
You may contact us at: **(800) 649-0690**

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA, NY 14218-2717

Erie County Medical Center
Account # : 70-704087453
Balance: $37.02

**RETURN THIS PORTION WITH YOUR PAYMENT**     02

| IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW | | |
|---|---|---|
| ☐ VISA | ☐ MASTERCARD | |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | PHONE (with area code) | |

Make Payment To:

CBCS 70
PO BOX 164060
Columbus, Oh 43216-4060

7070408745300003702

261 Main Street
Arcade NY 14009-1212

**Outsource Receivables Management, Inc.**

ADDRESS SERVICE REQUESTED

**(800) 325-2712**

October 18, 2010

**OUTSOURCE RECEIVABLES MANAGEMENT, INC.**
261 Main Street
Arcade NY 14009-1212

  01017043-001       417035252

Christopher Urbanczyk
199 Maryknoll Dr
Lackawanna NY 14218-2717

Pay your bill online at: www.paydatacenter.com

| | |
|---|---|
| Access Code | OUTSOURCE |
| Account Number | 01017043 |
| PIN Number | 49066 |

☐ Enclosed is payment in full.
☐ Enclosed is my credit card information.

**Past Due Balance**

***Detach Upper Portion and Return with Payment***

| Creditors | Client Account # | Outsource Account # | Date of Service | Balance Due |
|---|---|---|---|---|
| UNIVERSITY EMERGENCY MEDICAL | 4101772 | 01017043 | 04/11/10 | 146.70 |

The above referenced account has been referred to our office for collection and requires your attention.

You may take advantage of this opportunity to resolve your debt by calling 1-800-325-2712 and speak directly to an account representative.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

Unless you contact our office within the next 30 days this account may be reported to the major credit reporting bureaus.

NYC License #1105732.

This is an attempt to collect a debt by a debt collector.
Any information obtained will be used for that purpose.

$    All Major Credit Cards Accepted
$    Free Check By Phone Service Is Available
$    There Will Be A $20.00 Service Fee For All Returned Checks

If you wish to pay by credit card, fill in the information below and return the entire letter to us.

| Account Number | Payment Amount | Expiration Date |
|---|---|---|
| | $ | ___ / ___ |

Card Holder Name                    Signature of Card Holder                    Date
IDAKSI208001

**OUTSOURCE RECEIVABLES MANAGEMENT, INC.**
261 Main St. ◆ Arcade NY 14009 ◆ (800) 325-2712

261 Main Street
Arcade NY 14009-1212

ADDRESS SERVICE REQUESTED



**Outsource Receivables Management, Inc.**

**(800) 325-2712**

October 20, 2010

**OUTSOURCE RECEIVABLES MANAGEMENT, INC.**
261 Main Street
Arcade NY 14009-1212

01020292-001    418469823

Christopher Urbanczyk
199 Maryknoll Dr
Lackawanna NY 14218-2717

Pay your bill online at: www.paydatacenter.com

| Access Code | OUTSOURCE |
|---|---|
| Account Number | 01020292 |
| PIN Number | 55586 |

❏ Enclosed is payment in full.
❏ Enclosed is my credit card information.

**Past Due Balance**

***Detach Upper Portion and Return with Payment***

| Creditors | Client Account # | Outsource Account # | Date of Service | Balance Due |
|---|---|---|---|---|
| ERIE COUNTY MEDICAL CENTER-OP | V00002800425 | 01020292 | 04/22/10 | 12.56 |
| ERIE COUNTY MEDICAL CENTER-OP | V00002806632 | | 05/20/10 | 62.46 |
| ERIE COUNTY MEDICAL CENTER-OP | V00002827927 | | 05/20/10 | 113.31 |

The above referenced account has been referred to our office for collection and requires your attention.

You may take advantage of this opportunity to resolve your debt by calling 1-800-325-2712 and speak directly to an account representative.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.   If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

Unless you contact our office within the next 30 days this account may be reported to the major credit reporting bureaus.

NYC License #1105732.

This is an attempt to collect a debt by a debt collector.
Any information obtained will be used for that purpose.

$    All Major Credit Cards Accepted
$    Free Check By Phone Service Is Available
$    There Will Be A $20.00 Service Fee For All Returned Checks

If you wish to pay by credit card, fill in the information below and return the entire letter to us.

| Account Number | Payment Amount | Expiration Date |
|---|---|---|
| | | | | | | | | | | | | | | $ | ____ / ____ |

Card Holder Name                                    Signature of Card Holder                                    Date
1DAKS1208001

**OUTSOURCE RECEIVABLES MANAGEMENT, INC.**
261 Main St. ◆ Arcade NY 14009 ◆ (800) 325-2712

261 Main Street
Arcade NY 14009-1212

**ADDRESS SERVICE REQUESTED**

**Outsource Receivables Management, Inc.**

**(800) 325-2712**

September 21, 2010

**OUTSOURCE RECEIVABLES MANAGEMENT, INC.**
261 Main Street
Arcade NY 14009-1212

01004211-001    402195662

Christopher Urbanczyk
199 Maryknoll Dr
Lackawanna NY 14218-2717

Pay your bill online at: www.paydatacenter.com

| Access Code | OUTSOURCE |
|---|---|
| Account Number | 01004211 |
| PIN Number | 34346 |

☐ Enclosed is payment in full.
☐ Enclosed is my credit card information.

**Past Due Balance**

***Detach Upper Portion and Return with Payment***

| Creditors | Client Account # | Outsource Account # | Date of Service | Balance Due |
|---|---|---|---|---|
| ERIE COUNTY MEDICAL CENTER-OP | V00002797498 | 01004211 | 04/11/10 | 6,224.42 |

The above referenced account has been referred to our office for collection and requires your attention.

You may take advantage of this opportunity to resolve your debt by calling 1-800-325-2712 and speak directly to an account representative.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

Unless you contact our office within the next 30 days this account may be reported to the major credit reporting bureaus.

NYC License #1105732.

This is an attempt to collect a debt by a debt collector.
Any information obtained will be used for that purpose.

$    All Major Credit Cards Accepted
$    Free Check By Phone Service Is Available
$    There Will Be A $20.00 Service Fee For All Returned Checks

If you wish to pay by credit card, fill in the information below and return the entire letter to us.

| Account Number | Payment Amount | Expiration Date |
|---|---|---|
| | | |

Card Holder Name            Signature of Card Holder            Date
IDAKS1208001

**OUTSOURCE RECEIVABLES MANAGEMENT, INC.**
261 Main St. ◆ Arcade NY  14009 ◆ (800) 325-2712

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408 . 640 West Fourth Street . Post Office Box 5238 . Winston-Salem, NC . 27113-5238 . 336-761-1538

January 25, 2013

037  CH1      8038  0709726258
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

| CREDITOR DETAIL | |
|---|---|
| **Erie County Medical Center, Corp.** | |
| **Attention: Deborah** | |
| **Telephone (716) 898-3173** | |
| **Office Hours Monday - Friday 9 am to 4 pm** | |
| **Pay Online: www.ecmc.edu** | |
| **Account#** | **V00002904112** |
| **Service Date** | **09-08-10** |

| PAST DUE AMOUNT: | $408.50 |
|---|---|

**PLEASE SEE IMPORTANT NOTICE ON BACK**

Dear Christopher Urbanczyk:

Your overdue balance with Erie County Medical Center, Corporation has been referred to Computer Credit, Inc. (also referred to in this letter as CCI) for collection. Our records indicate that this debt is your responsibility. This letter will serve to inform you that your account remains unpaid and we expect resolution of your obligation to the hospital. Computer Credit, Inc. is a debt collector. We are licensed by the New York City Department of Consumer Affairs, License Number 1247311.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify our office that you dispute the validity of this debt or any portion thereof within 30 days of receiving this letter, we will assume that the debt is valid and expect it to be paid.

Pay the amount due to prevent further collection activity by Computer Credit, Inc. We appreciate your attention to this matter.

*You may qualify for financial assistance. To inquire you may contact the creditor's Financial Counseling Department at 716-898-5566.*

*C. Jordan*

C. Jordan
Director of Operations

| (i) For more information |  www.informationcci.com | Reference Number 7097 2625 5408 |
|---|---|---|

*Return this portion with your payment*

## IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW



| ☐ VISA | ☐ MasterCard | ☐ DISCOVER | ☐ AMEX |
|---|---|---|---|

CARD NUMBER                              EXP DATE

SECURITY CODE                            AMOUNT

SIGNATURE

PRINT CARDHOLDER'S NAME

BILLING ADDRESS                          BILLING ZIP CODE

| GUARANTOR | Christopher Urbanczyk |
|---|---|
| ACCOUNT# | V00002904112 |
| AMOUNT DUE | $408.50 |

**You may make check payable to:**

Erie County Medical Center, Corp.
P.O. Box 1598
Buffalo, NY 14240-1598

**Computer Credit, Inc.**
**CCI KEY: 0709726258**

H1    Z*8038    8038

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408  .  640 West Fourth Street  .  Post Office Box 5238  .  Winston-Salem, NC  .  27113-5238  .  336-761-1538

February 08, 2013

028  CH3     6493   0709726258
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

||l|||l|||n||l|||l|||n|||||l||l|||||l|||l|||l|||n|||ll|||n|l||n

---

**CREDITOR DETAIL**

**Erie County Medical Center, Corp.**

**Attention: Deborah**
**Telephone (716) 898-3173**
**Office Hours Monday - Friday 9 am to 4 pm**
**Pay Online: www.ecmc.edu**

**Account#**   **V00002904112**
**Service Date   09-08-10**

| PAST DUE AMOUNT: | $408.50 |
|---|---|

---

Dear Christopher Urbanczyk:

You have received previous notification from this office regarding your debt to Erie County Medical Center, Corporation. Our records indicate you still have not paid this debt nor have you made satisfactory arrangements to do so.

Computer Credit, Inc. strongly advises you to make payment in order to resolve your overdue balance of $408.50. We are a debt collector and we expect your cooperation.

This letter is sent to you in an attempt to collect this debt and to serve notice that any information obtained will be used for that purpose. Computer Credit, Inc. is a debt collector. We are licensed by the New York City Department of Consumer Affairs, License Number 1247311.

*C. Jordan*

C. Jordan
Director of Operations

*You may qualify for financial assistance. To inquire you may contact the creditor's Financial Counseling Department at 716-898-5566.*

---

|  For more information |  www.informationcci.com | Reference Number 7097 2625 5408 |
|---|---|---|

*Return this portion with your payment*

---

**IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW**

☐ VISA      ☐ MasterCard      ☐ DISCOVER      ☐ AMEX

CARD NUMBER                               EXP DATE

SECURITY CODE                             AMOUNT

SIGNATURE

PRINT CARDHOLDER'S NAME

BILLING ADDRESS                           BILLING ZIP CODE

**Computer Credit, Inc.**        H3      Z•6493      6493
**CCI KEY: 0709726258**

| GUARANTOR | Christopher Urbanczyk |
|---|---|
| ACCOUNT# | V00002904112 |
| AMOUNT DUE | $408.50 |

**You may make check payable to:**

**Erie County Medical Center, Corp.**
**P.O. Box 1598**
**Buffalo, NY 14240-1598**

|||l||||l|||l|||ll|||l||l|||l|l|||l|||||l|||||l|||l|l||||l|||||||l||||||

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408 . 640 West Fourth Street . Post Office Box 5238 . Winston-Salem, NC . 27113-5238 . 336-761-1538

February 22, 2013

014   CH7   2828   0709726258
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

| CREDITOR DETAIL |
| --- |
| **Erie County Medical Center, Corp.** |
| **Attention: Deborah** |
| **Telephone (716) 898-3173** |
| **Office Hours Monday - Friday 9 am to 4 pm** |
| **Pay Online: www.ecmc.edu** |
| **Account#    V00002904112** |
| **Service Date    09-08-10** |
| PAST DUE AMOUNT:    $408.50 |

Dear Christopher Urbanczyk:

Despite our previous communication to encourage you to pay your delinquent account with Erie County Medical Center, Corporation, you still have an outstanding balance. This is our FINAL NOTICE and you must take action to resolve this overdue account. Pay the amount due to discharge your debt owed to the hospital.

This letter is sent as a final demand for payment in the amount of $408.50. Computer Credit, Inc. is a debt collector. We are licensed by the New York City Department of Consumer Affairs, License Number 1247311. Be advised this is our LAST ATTEMPT to collect this debt and any information obtained will be used for that purpose.

We expect you to resolve your financial obligation.

*C. Jordan*

C. Jordan
Director of Operations

*You may qualify for financial assistance. To inquire you may contact the creditor's Financial Counseling Department at 716-898-5566.*

|  For more information |  www.informationcci.com | Reference Number<br>7097 2625 5408 |
| --- | --- | --- |

*Return this portion with your payment*

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW |
| --- |
| ☐ VISA    ☐ MasterCard    ☐ DISCOVER    ☐ AMEX |
| CARD NUMBER                              EXP DATE |
| SECURITY CODE                            AMOUNT |
| SIGNATURE |
| PRINT CARDHOLDER'S NAME |
| BILLING ADDRESS                          BILLING ZIP CODE |

**Computer Credit, Inc.**
**CCI KEY: 0709726258**          H7    Z×2828    2828

| GUARANTOR | Christopher Urbanczyk |
| --- | --- |
| ACCOUNT# | V00002904112 |
| AMOUNT DUE | $408.50 |

*You may make check payable to:*

Erie County Medical Center, Corp.
P.O. Box 1598
Buffalo, NY 14240-1598

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408 . 640 West Fourth Street . Post Office Box 5238 . Winston-Salem, NC . 27113-5238 . 336-761-1538

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

August 09, 2010

081  CH1    20682   0590847651
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

 րվովՈրվիրդրդիիրկիիրդսիսրիվիրիմիսիիիր

| CREDITOR DETAIL |
|---|
| **Erie County Medical Center, Corp.** |
| **Attention: Michelle** |
| **Telephone (716) 898-4445** |
| **Office Hours Monday - Friday 9 am to 4 pm** |
| **Acct. No.    V00002806632** |
| **Service Date    05-20-10** |
| **AMOUNT DUE:    $96.50** |

**PLEASE SEE IMPORTANT NOTICE ON BACK**

Dear Christopher Urbanczyk:

Your overdue balance with Erie County Medical Center, Corporation has been referred to Computer Credit, Inc. (also referred to in this letter as CCI) for collection. Our records indicate that this debt is your responsibility. This letter will serve to inform you that your account remains unpaid and we expect resolution of your obligation to the hospital. Computer Credit, Inc. is a debt collector. We are licensed by the New York City Department of Consumer Affairs, License Number 0811536.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify our office that you dispute the validity of this debt within 30 days of receiving this letter, we will assume that the debt is valid and expect it to be paid.

Pay the amount due to prevent further collection activity by Computer Credit, Inc. We appreciate your attention to this matter.

*You may qualify for financial assistance. To inquire please contact the Financial Counseling department at 716-898-5566.*

*C. Jordan*

C. Jordan
Director of Operations

To learn more about why you received this letter, you may contact CCI:
🖥 www.informationcci.com   login code: 0590847651 ULN

*Return this portion with your payment*

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW |
|---|
| ☐ **VISA**    ☐ MasterCard    ☐ DISCOVER    ☐ AMEX |
| CARD NUMBER                         EXP DATE |
| SECURITY CODE                       AMOUNT |
| SIGNATURE |
| PRINT CARDHOLDER'S NAME |
| BILLING ADDRESS                     BILLING ZIP CODE |
| YOU MAY PAY ONLINE:    **www.ecmc.edu** |

| GUAR NAME | Christopher Urbanczyk |
|---|---|
| ACCOUNT NO | V00002806632 |
| AMOUNT DUE | $96.50 |

**You may make check payable to:**

**Erie County Medical Center, Corp.**
**P.O. Box 1598**
**Buffalo, NY 14240-1598**

**Computer Credit, Inc.**    H1    Z×20682    20682
**CCI KEY: 0590847651**

Ավիվ․իՈ․ՈիիիոիֈիորդիիիիիիիՈիիիի

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408 . 640 West Fourth Street . Post Office Box 5238 . Winston-Salem, NC . 27113-5238 . 336-761-1538

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

August 20, 2010

017  CH3    3806  0590849568
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

|||||||||||||||||||||||||||||||||||||||||||||

---

**CREDITOR DETAIL**

**Erie County Medical Center, Corp.**

**Attention: Michelle**
**Telephone (716) 898-4445**
**Office Hours Monday – Friday 9 am to 4 pm**

**Acct. No.    V00002827927**
**Service Date   05-20-10**

**AMOUNT DUE:    $156.00**

---

Dear Christopher Urbanczyk:

You have received previous notification from this office regarding your debt to Erie County Medical Center, Corporation. Our records indicate you still have not paid this debt nor have you made satisfactory arrangements to do so.

Computer Credit, Inc. strongly advises you to make payment in order to resolve your overdue balance of $156.00. We are a debt collector and we expect your cooperation.

This letter is sent to you in an attempt to collect this debt and to serve notice that any information obtained will be used for that purpose. Computer Credit, Inc. is a debt collector. We are licensed by the New York City Department of Consumer Affairs, License Number 0811536.

*C. Jordan*

C. Jordan
Director of Operations

*You may qualify for financial assistance. To inquire please contact the Financial Counseling department at 716-898-5566.*

To learn more about why you received this letter, you may contact CCI:
💻 www.informationcci.com  login code: 590849567408

*Return this portion with your payment*

---

**IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW**

☐ VISA    ☐ MasterCard    ☐ DISCOVER    ☐ AMEX

CARD NUMBER                     EXP DATE

SECURITY CODE                   AMOUNT

SIGNATURE

PRINT CARDHOLDER'S NAME

BILLING ADDRESS                 BILLING ZIP CODE

YOU MAY PAY ONLINE:   **www.ecmc.edu**

**Computer Credit, Inc.**
**CCI KEY: 0590849568**

H3    Z×3806    3806

| GUAR NAME | Christopher Urbanczyk |
| ACCOUNT NO | V00002827927 |
| AMOUNT DUE | $156.00 |

**You may make check payable to:**

**Erie County Medical Center, Corp.**
**P.O. Box 1598**
**Buffalo, NY 14240-1598**

||||||||||||||||||||||||||||||||||||||||||||||

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408  .  640 West Fourth Street .  Post Office Box 5238 .  Winston-Salem, NC . 27113-5238 .  336-761-1538

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

August 09, 2010

081   CH1      20683    0590849568
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

| CREDITOR DETAIL |
| --- |

Erie County Medical Center, Corp.

**Attention: Michelle**
**Telephone (716) 898-4445**
**Office Hours Monday - Friday 9 am to 4 pm**

Acct. No.     V00002827927
Service Date   05-20-10

| AMOUNT DUE: | $156.00 |
| --- | --- |

**PLEASE SEE IMPORTANT NOTICE ON BACK**

Dear Christopher Urbanczyk:

Your overdue balance with Erie County Medical Center, Corporation has been referred to Computer Credit, Inc. (also referred to in this letter as CCI) for collection. Our records indicate that this debt is your responsibility.  This letter will serve to inform you that your account remains unpaid and we expect resolution of your obligation to the hospital. Computer Credit, Inc. is a debt collector. We are licensed by the New York City Department of Consumer Affairs, License Number 0811536.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.  Unless you notify our office that you dispute the validity of this debt within 30 days of receiving this letter, we will assume that the debt is valid and expect it to be paid.

Pay the amount due to prevent further collection activity by Computer Credit, Inc.  We appreciate your attention to this matter.

*You may qualify for financial assistance.  To inquire please contact the Financial Counseling department at 716-898-5566.*

*C. Jordan*

C. Jordan
Director of Operations

To learn more about why you received this letter, you may contact CCI:
🖥 www.informationcci.com   login code: 0590849568 ULN

*Return this portion with your payment*

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW |
| --- |

☐ VISA      ☐ MasterCard      ☐ DISCOVER      ☐ AMEX

| CARD NUMBER | EXP DATE |
| --- | --- |
| SECURITY CODE | AMOUNT |
| SIGNATURE | |
| PRINT CARDHOLDER'S NAME | |
| BILLING ADDRESS | BILLING ZIP CODE |

YOU MAY PAY ONLINE:    **www.ecmc.edu**

**Computer Credit, Inc.**
**CCI KEY: 0590849568**

HI    Z=20683    20683

| GUAR NAME | Christopher Urbanczyk |
| --- | --- |
| ACCOUNT NO | V00002827927 |
| AMOUNT DUE | $156.00 |

**You may make check payable to:**

**Erie County Medical Center, Corp.**
**P.O. Box 1598**
**Buffalo, NY 14240-1598**

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408  .  640 West Fourth Street  .  Post Office Box 5238  .  Winston-Salem, NC .  27113-5238  .  336-761-1538

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

August 20, 2010

017  CH3    3805  0590847651
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

| CREDITOR DETAIL |
|---|
| **Erie County Medical Center, Corp.** |
| **Attention: Michelle** |
| **Telephone (716) 898-4445** |
| **Office Hours Monday - Friday 9 am to 4 pm** |
| Acct. No.   V00002806632 |
| Service Date   05-20-10 |
| **AMOUNT DUE:   $96.50** |

Dear Christopher Urbanczyk:

You have received previous notification from this office regarding your debt to Erie County Medical Center, Corporation. Our records indicate you still have not paid this debt nor have you made satisfactory arrangements to do so.

Computer Credit, Inc. strongly advises you to make payment in order to resolve your overdue balance of $96.50.  We are a debt collector and we expect your cooperation.

This letter is sent to you in an attempt to collect this debt and to serve notice that any information obtained will be used for that purpose.  Computer Credit, Inc. is a debt collector.  We are licensed by the New York City Department of Consumer Affairs, License Number 0811536.

*C. Jordan*

C. Jordan
Director of Operations

*You may qualify for financial assistance.  To inquire please contact the Financial Counseling department at 716-898-5566.*

To learn more about why you received this letter, you may contact CCI:
www.informationcci.com   login code: 590847652408

*Return this portion with your payment*

**IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW**

☐ VISA  ☐ MasterCard  ☐ DISCOVER  ☐ AMEX

CARD NUMBER                     EXP DATE
SECURITY CODE                   AMOUNT
SIGNATURE
PRINT CARDHOLDER'S NAME
BILLING ADDRESS                 BILLING ZIP CODE
YOU MAY PAY ONLINE:   **www.ecmc.edu**

Computer Credit, Inc.   H3   Z*3805   3805
CCI KEY: 0590847651

| GUAR NAME | Christopher Urbanczyk |
|---|---|
| ACCOUNT NO | V00002806632 |
| AMOUNT DUE | $96.50 |

**You may make check payable to:**

**Erie County Medical Center, Corp.**
**P.O. Box 1598**
**Buffalo, NY 14240-1598**

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408  .  640 West Fourth Street  .  Post Office Box 5238  .  Winston-Salem, NC  .  27113-5238  .  336-761-1538

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

September 03, 2010

022   CH7   4242   0590847651
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

| CREDITOR DETAIL |
|---|

**Erie County Medical Center, Corp.**

**Attention: Mary**
**Telephone (716) 898-4401**
**Office Hours Monday - Friday 9 am to 4 pm**

Acct. No.        V00002806632
Service Date    05-20-10

| AMOUNT DUE:        $96.50 |
|---|

Dear Christopher Urbanczyk:

Despite our previous communication to encourage you to pay your delinquent account with Erie County Medical Center, Corporation, you still have an outstanding balance.  This is our FINAL NOTICE and you must take action to resolve this overdue account.  Pay the amount due to discharge your debt owed to the hospital.

This letter is sent as a final demand for payment in the amount of $96.50.  Computer Credit, Inc. is a debt collector.  We are licensed by the New York City Department of Consumer Affairs, License Number 0811536.  Be advised this is our LAST ATTEMPT to collect this debt and any information obtained will be used for that purpose.

We expect you to resolve your financial obligation.

*C. Jordan*
C. Jordan
Director of Operations

*You may qualify for financial assistance.  To inquire please contact the Financial Counseling department at 716-898-5566.*

To learn more about why you received this letter, you may contact CCI:
✉ www.informationcci.com   login code: 590847652408

*Return this portion with your payment*

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW |
|---|

☐ VISA        ☐ MasterCard        ☐ DISCOVER        ☐ AMEX

CARD NUMBER _____    EXP DATE _____

SECURITY CODE _____    AMOUNT _____

SIGNATURE _____

PRINT CARDHOLDER'S NAME _____

BILLING ADDRESS _____    BILLING ZIP CODE ____

YOU MAY PAY ONLINE:    **www.ecmc.edu**

**Computer Credit, Inc.**
**CCI KEY: 0590847651**

H7    Z'4242    4242

GUAR NAME      Christopher Urbanczyk
ACCOUNT NO     V00002806632
AMOUNT DUE     $96.50

**You may make check payable to:**

Erie County Medical Center, Corp.
P.O. Box 1598
Buffalo, NY 14240-1598

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408 . 640 West Fourth Street . Post Office Box 5238 . Winston-Salem, NC . 27113-5238 . 336-761-1538

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

September 03, 2010

022  CH7    4243   0590849568
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

| CREDITOR DETAIL |
| --- |

**Erie County Medical Center, Corp.**

**Attention: Mary**
**Telephone (716) 898-4401**
**Office Hours Monday - Friday 9 am to 4 pm**

Acct. No.    V00002827927
Service Date   05-20-10

| AMOUNT DUE: | $156.00 |
| --- | --- |

Dear Christopher Urbanczyk:

Despite our previous communication to encourage you to pay your delinquent account with Erie County Medical Center, Corporation, you still have an outstanding balance. This is our FINAL NOTICE and you must take action to resolve this overdue account. Pay the amount due to discharge your debt owed to the hospital.

This letter is sent as a final demand for payment in the amount of $156.00. Computer Credit, Inc. is a debt collector. We are licensed by the New York City Department of Consumer Affairs, License Number 0811536. Be advised this is our LAST ATTEMPT to collect this debt and any information obtained will be used for that purpose.

We expect you to resolve your financial obligation.

*C. Jordan*
C. Jordan
Director of Operations

*You may qualify for financial assistance. To inquire please contact the Financial Counseling department at 716-898-5566.*

To learn more about why you received this letter, you may contact CCI:
www.informationcci.com  login code: 590849567408

*Return this portion with your payment*

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW |
| --- |

☐ VISA    ☐ MasterCard    ☐ DISCOVER    ☐ AMEX

CARD NUMBER                      EXP DATE

SECURITY CODE                    AMOUNT

SIGNATURE

PRINT CARDHOLDER'S NAME

BILLING ADDRESS                  BILLING ZIP CODE

YOU MAY PAY ONLINE:   **www.ecmc.edu**

Computer Credit, Inc.            H7   Z=4243   4243
CCI KEY: 0590849568

| GUAR NAME | Christopher Urbanczyk |
| --- | --- |
| ACCOUNT NO | V00002827927 |
| AMOUNT DUE | $156.00 |

**You may make check payable to:**

Erie County Medical Center, Corp.
P.O. Box 1598
Buffalo, NY 14240-1598

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408 . 640 West Fourth Street . Post Office Box 5238 . Winston-Salem, NC . 27113-5238 . 336-761-1538

June 24, 2011

026  CH1    5809   0633951765
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

|||||||||||||||||||||||||||||||||||||||||||||||||||

**CREDITOR DETAIL**

**Erie County Medical Center, Corp.**

**Attention: Mary**
**Telephone (716) 898-3173**
**Office Hours Monday - Friday 9 am to 4 pm**
**Pay Online: www.ecmc.edu**

**Account#      V00002999953**
**Service Date    01-12-11**

| PAST DUE AMOUNT: | $342.00 |

**PLEASE SEE IMPORTANT NOTICE ON BACK**

Dear Christopher Urbanczyk:

Your overdue balance with Erie County Medical Center, Corporation has been referred to Computer Credit, Inc. (also referred to in this letter as CCI) for collection. Our records indicate that this debt is your responsibility. This letter will serve to inform you that your account remains unpaid and we expect resolution of your obligation to the hospital. Computer Credit, Inc. is a debt collector. We are licensed by the New York City Department of Consumer Affairs, License Number 0811536.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify our office that you dispute the validity of this debt within 30 days of receiving this letter, we will assume that the debt is valid and expect it to be paid.

Pay the amount due to prevent further collection activity by Computer Credit, Inc. We appreciate your attention to this matter.

*You may qualify for financial assistance. To inquire please contact the Financial Counseling department at 716-898-5566.*



C. Jordan
Director of Operations

| For more information | www.informationcci.com | Reference Number 6339 5176 1408 |

*Return this portion with your payment*

**IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW**

☐ VISA    ☐ MasterCard    ☐ DISCOVER    ☐ AMEX

CARD NUMBER                          EXP DATE

SECURITY CODE                        AMOUNT

SIGNATURE

PRINT CARDHOLDER'S NAME

BILLING ADDRESS                      BILLING ZIP CODE

Computer Credit, Inc.        H1    Z*5809    5809
CCI KEY: 0633951765

| GUARANTOR | Christopher Urbanczyk |
| ACCOUNT# | V00002999953 |
| AMOUNT DUE | $342.00 |

**You may make check payable to:**

**Erie County Medical Center, Corp.**
**P.O. Box 1598**
**Buffalo, NY 14240-1598**

|||||||||||||||||||||||||||||||||||||||||||||||||

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408  .  640 West Fourth Street .  Post Office Box 5238 .  Winston-Salem, NC . 27113-5238 . 336-761-1538

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

March 18, 2011

018   CH7     4025   0617437656
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

| CREDITOR DETAIL | |
|---|---|
| **Erie County Medical Center, Corp.** | |
| **Attention: Mary** | |
| **Telephone (716) 898-4401** | |
| **Office Hours Monday - Friday 9 am to 4 pm** | |
| Acct. No. | V00002961138 |
| Service Date | 11-08-10 |

| | AMOUNT DUE: | $368.16 |
|---|---|---|

Dear Christopher Urbanczyk:

Despite our previous communication to encourage you to pay your delinquent account with Erie County Medical Center, Corporation, you still have an outstanding balance.  This is our FINAL NOTICE and you must take action to resolve this overdue account.  Pay the amount due to discharge your debt owed to the hospital.

This letter is sent as a final demand for payment in the amount of $368.16.  Computer Credit, Inc. is a debt collector.  We are licensed by the New York City Department of Consumer Affairs, License Number 0811536.  Be advised this is our LAST ATTEMPT to collect this debt and any information obtained will be used for that purpose.

We expect you to resolve your financial obligation.

*C. Jordan*

C. Jordan
Director of Operations

*You may qualify for financial assistance.  To inquire please contact the Financial Counseling department at 716-898-5566.*

To learn more about why you received this letter, you may contact CCI:
✉ www.informationcci.com   login code: 617437653408

*Return this portion with your payment*

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW | |
|---|---|
| ☐ VISA    ☐ MasterCard    ☐ DISCOVER    ☐ AMEX | |
| CARD NUMBER | EXP DATE |
| SECURITY CODE | AMOUNT |
| SIGNATURE | |
| PRINT CARDHOLDER'S NAME | |
| BILLING ADDRESS | BILLING ZIP CODE |
| YOU MAY PAY ONLINE:    www.ecmc.edu | |

Computer Credit, Inc.          H7    Z=4025    4025
CCI KEY: 0617437656

| GUAR NAME | Christopher Urbanczyk |
|---|---|
| ACCOUNT NO | V00002961138 |
| AMOUNT DUE | $368.16 |

**You may make check payable to:**

Erie County Medical Center, Corp.
P.O. Box 1598
Buffalo, NY 14240-1598

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408  .  640 West Fourth Street  .  Post Office Box 5238  .  Winston-Salem, NC  .  27113-5238  .  336-761-1538

July 22, 2011

025   CH7       5334   0633951765
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

111..1'1"11.11'1.11'1,11111.11..1.1.1..11111.1.1.11.11.11

| CREDITOR DETAIL |
|---|
| **Erie County Medical Center, Corp.** |
| **Attention: Mary** |
| **Telephone (716) 898-3173** |
| **Office Hours Monday - Friday 9 am to 4 pm** |
| **Pay Online: www.ecmc.edu** |
| **Account#       V00002999953** |
| **Service Date     01-12-11** |
| PAST DUE AMOUNT:     $342.00 |

Dear Christopher Urbanczyk:

Despite our previous communication to encourage you to pay your delinquent account with Erie County Medical Center, Corporation, you still have an outstanding balance.  This is our FINAL NOTICE and you must take action to resolve this overdue account.  Pay the amount due to discharge your debt owed to the hospital.

This letter is sent as a final demand for payment in the amount of $342.00.  Computer Credit, Inc. is a debt collector.  We are licensed by the New York City Department of Consumer Affairs, License Number 1247311.  Be advised this is our LAST ATTEMPT to collect this debt and any information obtained will be used for that purpose.

We expect you to resolve your financial obligation.

*C. Jordan*

C. Jordan
Director of Operations

*You may qualify for financial assistance.  To inquire please contact the Financial Counseling department at 716-898-5566.*

---

 For more information  www.informationcci.com

Reference Number
6339 5176 1408

*Return this portion with your payment*

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW |
|---|
| ☐ VISA      ☐ MasterCard      ☐ DISCOVER      ☐ AMEX |
| CARD NUMBER                                    EXP DATE |
| SECURITY CODE                                  AMOUNT |
| SIGNATURE |
| PRINT CARDHOLDER'S NAME |
| BILLING ADDRESS                                BILLING ZIP CODE |

| GUARANTOR | Christopher Urbanczyk |
|---|---|
| ACCOUNT# | V00002999953 |
| AMOUNT DUE | $342.00 |

**You may make check payable to:**

Erie County Medical Center, Corp.
P.O. Box 1598
Buffalo, NY 14240-1598

Computer Credit, Inc.
CCI KEY: 0633951765

H7     Z*5334     5334

I..II.I.I.I.I.I.II...I.II.I.I.I.I.I.I.I.I.I.I.I

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408 . 640 West Fourth Street . Post Office Box 5238 . Winston-Salem, NC . 27113-5238 . 336-761-1538

**ACA**
**INTERNATIONAL**
The Association of Credit
and Collection Professionals
*Member*

August 13, 2010

019  CH1      3586   0591598013
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

| CREDITOR DETAIL |
|---|
| Erie County Medical Center, Corp. |
| **Attention: Michelle** |
| **Telephone** (716) 898-4445 |
| **Office Hours Monday - Friday 9 am to 4 pm** |
| **Acct. No.**   V00002797498 |
| **Service Date**   04-12-10 |
| AMOUNT DUE:    $6,224.42 |

**PLEASE SEE IMPORTANT NOTICE ON BACK**

Dear Christopher Urbanczyk:

Your overdue balance with Erie County Medical Center, Corporation has been referred to Computer Credit, Inc. (also referred to in this letter as CCI) for collection. Our records indicate that this debt is your responsibility. This letter will serve to inform you that your account remains unpaid and we expect resolution of your obligation to the hospital. Computer Credit, Inc. is a debt collector. We are licensed by the New York City Department of Consumer Affairs, License Number 0811536.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify our office that you dispute the validity of this debt within 30 days of receiving this letter, we will assume that the debt is valid and expect it to be paid.

Pay the amount due to prevent further collection activity by Computer Credit, Inc. We appreciate your attention to this matter.

*You may qualify for financial assistance. To inquire please contact the Financial Counseling department at 716-898-5566.*

C. Jordan
C. Jordan
Director of Operations

To learn more about why you received this letter, you may contact CCI:
www.informationcci.com  login code: 591598015408

*Return this portion with your payment*

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW |
|---|
| ☐ VISA    ☐ MasterCard    ☐ DISCOVER    ☐ AMEX |
| CARD NUMBER                    EXP DATE |
| SECURITY CODE                  AMOUNT |
| SIGNATURE |
| PRINT CARDHOLDER'S NAME |
| BILLING ADDRESS                BILLING ZIP CODE |
| YOU MAY PAY ONLINE:    www.ecmc.edu |

Computer Credit, Inc.
CCI KEY: 0591598013         H1    Z×3586    3586

| GUAR NAME | Christopher Urbanczyk |
|---|---|
| ACCOUNT NO | V00002797498 |
| AMOUNT DUE | $6,224.42 |

**You may make check payable to:**

Erie County Medical Center, Corp.
P.O. Box 1598
Buffalo, NY 14240-1598

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408  .  640 West Fourth Street .  Post Office Box 5238 .  Winston-Salem, NC .  27113-5238 .  336-761-1538

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

August 27, 2010

013  CH3      2941  0591598013
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

‖‖‖·‖·‖‖‖‖‖‖‖‖‖‖‖‖‖·‖‖‖·‖‖‖‖·‖‖‖‖·‖·‖‖‖‖‖·‖‖

| CREDITOR DETAIL | |
|---|---|
| Erie County Medical Center, Corp. | |
| **Attention: Mary** | |
| **Telephone (716) 898-4401** | |
| **Office Hours Monday - Friday 9 am to 4 pm** | |
| Acct. No. | V00002797498 |
| Service Date | 04-12-10 |
| **AMOUNT DUE:** | **$6,224.42** |

Dear Christopher Urbanczyk:

You have received previous notification from this office regarding your debt to Erie County Medical Center, Corporation. Our records indicate you still have not paid this debt nor have you made satisfactory arrangements to do so.

Computer Credit, Inc. strongly advises you to make payment in order to resolve your overdue balance of $6,224.42. We are a debt collector and we expect your cooperation.

This letter is sent to you in an attempt to collect this debt and to serve notice that any information obtained will be used for that purpose. Computer Credit, Inc. is a debt collector. We are licensed by the New York City Department of Consumer Affairs, License Number 0811536.

*C. Jordan*

C. Jordan
Director of Operations

*You may qualify for financial assistance. To inquire please contact the Financial Counseling department at 716-898-5566.*

To learn more about why you received this letter, you may contact CCI:
✉ www.informationcci.com   login code: 591598015408

*Return this portion with your payment*

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW |
|---|
| ☐ VISA    ☐ MasterCard    ☐ DISCOVER    ☐ AMEX |
| CARD NUMBER                          EXP DATE |
| SECURITY CODE                        AMOUNT |
| SIGNATURE |
| PRINT CARDHOLDER'S NAME |
| BILLING ADDRESS                      BILLING ZIP CODE |
| YOU MAY PAY ONLINE:   www.ecmc.edu |

| GUAR NAME | Christopher Urbanczyk |
|---|---|
| ACCOUNT NO | V00002797498 |
| AMOUNT DUE | $6,224.42 |

**You may make check payable to:**

**Erie County Medical Center, Corp.**
**P.O. Box 1598**
**Buffalo, NY 14240-1598**

Computer Credit, Inc.
CCI KEY:  0591598013

H3    Z*2941    2941

‖·‖‖‖·‖·‖·‖·‖·‖‖‖·····‖‖‖‖·‖·‖·‖·‖·‖·‖·‖·‖·‖·‖

# COMPUTER CREDIT, INC.

CLAIM DEPT 003408 . 640 West Fourth Street . Post Office Box 5238 . Winston-Salem, NC . 27113-5238 . 336-761-1538

July 08, 2011

034  CH3    7055   0633951765
Christopher Urbanczyk
199 Maryknoll Drive
Lackawanna, NY 14218-2717

||ı|ıı||ı|ı|ı||ıı|||ıı•ıı••ı|ı||ı|ı|ı|ı||ıııı|ı|ı|ı|

| CREDITOR DETAIL |
| --- |
| **Erie County Medical Center, Corp.** |
| **Attention: Mary** |
| **Telephone (716) 898-3173** |
| **Office Hours Monday - Friday 9 am to 4 pm** |
| **Pay Online: www.ecmc.edu** |
| **Account#** V00002999953 |
| **Service Date** 01-12-11 |

| PAST DUE AMOUNT: | $342.00 |
| --- | --- |

Dear Christopher Urbanczyk:

You have received previous notification from this office regarding your debt to Erie County Medical Center, Corporation. Our records indicate you still have not paid this debt nor have you made satisfactory arrangements to do so.

Computer Credit, Inc. strongly advises you to make payment in order to resolve your overdue balance of $342.00. We are a debt collector and we expect your cooperation.

This letter is sent to you in an attempt to collect this debt and to serve notice that any information obtained will be used for that purpose. Computer Credit, Inc. is a debt collector. We are licensed by the New York City Department of Consumer Affairs, License Number 0811536.

*C. Jordan*

C. Jordan
Director of Operations

*You may qualify for financial assistance. To inquire please contact the Financial Counseling department at 716-898-5566.*

|  For more information | www.informationcci.com | Reference Number 6339 5176 1408 |
| --- | --- | --- |

*Return this portion with your payment*

## IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW

☐ VISA      ☐ MasterCard      ☐ DISCOVER      ☐ AMEX

CARD NUMBER                          EXP DATE

SECURITY CODE                        AMOUNT

SIGNATURE

PRINT CARDHOLDER'S NAME

BILLING ADDRESS                      BILLING ZIP CODE

**Computer Credit, Inc.**
**CCI KEY: 0633951765**            H3    Z•7055    7055

| GUARANTOR | Christopher Urbanczyk |
| --- | --- |
| ACCOUNT# | V00002999953 |
| AMOUNT DUE | $342.00 |

**You may make check payable to:**

**Erie County Medical Center, Corp.**
**P.O. Box 1598**
**Buffalo, NY 14240-1598**

|ıı|||ı|ıı|ı|ı|ı||ıı||ıııııı||ı|ı|ı|ı|ı|ı|ı|ı|ı|ı|ı|

Erie County Medical Center
P.O. Box 1598
Buffalo, New York 14240-1598

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

Insurance Co. Name
Address
City/State/Zip

8 Account No.
1 Name

| | |
|---|---|
| **ECMC** | **1** Patient Name: URBANCZYK,CHRISTOPHER |
| P.O. Box 1598 · Buffalo, New York 14240-1598 | **2** Service Date(s) From/Through **3** Statement Date 01/04/13 |
| 716-898-3173 | 09/08/10 - |
| WWW.ECMC.EDU | **6** Check/MO |

**4** This is the current insurance information on file:

**5** If paying by Credit Card, please complete this section

AMOUNT
ENCLOSED

$

*Please review and make corrections below:*  Policy #

☐ Visa  ☐ MasterCard  ☐ Other
Card #

Insurance Name
1  RMSCO INC        719009600
2
3
4

Exp Date          Amt Authorized $

Signature

| | | | |
|---|---|---|---|
| **12** Est Ins Coverage | **13** Payments/Adj's | **14** Amt. Due from Patient |
| 0.00 | 0.00 | 408.50 |

| **9** Account Number | **10** Previous Balance | **11** Charges |
|---|---|---|
| V00002904112 | 408.50 | 408.50 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| **21** Charges | **22** Est. Ins. Cov. | **23** Payments/Adj. |
|---|---|---|
| 408.50 | | |

| **19** Date(s) | **20** Description |
|---|---|
| 12/14/12 | Prev Balance |

YOUR ACCOUNT IS IN REVIEW FOR FURTHER COLLECTION ACTIVITY.
PLEASE MAKE YOUR PAYMENT TODAY OR CALL OUR COLLECTIONS
DEPARTMENT AT (716)-898-3443 TO AVOID FURTHER ACTION.

To pay your bill online please visit our website at WWW.ECMC.EDU

| | **24** Previous Balance | 408.50 | **25** Amount Due From Patient: | 408.50 |
|---|---|---|---|---|
| **9** Account Number V00002904112 | | | | |

**4** This is the current insurance information on file:

Please review and make corrections below:

Insurance Name
**1** RMSCO INC
**2**
**3** denied
**4**

719009600 **Policy #**

P.O. Box 1598 · Buffalo, New York
716-
WWW.ECMC.EDU

Patient
..NEZYK, CHR ISTOPHER

**2** Service Date(s) From/Through
04/11/10 - 04/12/10

**3** Statement Date
08/12/10

**5** If paying by Credit Card, please complete this section

☐ Visa   ☐ MasterCard   ☐ Other
Card #

Exp Date

Signature                    Amt Authorized $

**6** Check/MO

**AMOUNT
ENCLOSED**

$

**9** Account Number
V00002797498

**10** Previous Balance
6224.42

**11** Charges
6224.42

**12** Est Ins Coverage
0.00

**13** Payments/Adj's
0.00

**14** Amt. Due from Patient
6224.42

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

**19** Date(s)
07/26/10

**20** Description

Prev Balance
Chg to date:
Adj to date:

**21** Charges

6224.42
6224.42

**22** Est. Ins. Cov.

**23** Payments/Adj.

Your insurance company has paid or denied this claim.
The balance is your responsibility.
Please pay today or call (716)898-4401.

Est Ins due:                    0.00                    0.00

is Waiting for your insurance company
for your reply.

**9** Account Number  V00002797498

To pay your bill online please visit our website at **WWW.ECMC.EDU**

**24** Previous Balance
6224.42

**25** Amount Due From Patient:
6224.42

**Erie County Medical Center**
**P.O. Box 1598**
**Buffalo, New York 14240-1598**

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

| Account No. | Insurance Co. Name |
| Name | Address |
| | City/State/Zip |

**E C M C**

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| 1 Patient Name: | URBANCZYK, CHRISTOPHER |
| 2 Service Date(s) From/Through 04/22/10 - | 3 Statement Date 08/10/10 |

| 4 This is the current insurance information on file: | 5 If paying by Credit Card, please complete this section | 6 Check/MO |

*Please review and make corrections below:*

Insurance Name
1 RMSCO INC    Policy # 719009600
2
3
4

☐ Visa ☐ MasterCard ☐ Other
Card #

Exp Date    Amt Authorized $

Signature

AMOUNT
ENCLOSED

$

| 9 Account Number | 10 Previous Balance | 11 Charges | 12 Est Ins Coverage | 13 Payments/Adj's | 14 Amt. Due from Patient |
|---|---|---|---|---|---|
| V00002800425 | 12.56 | 12.56 | 0.00 | 0.00 | 12.56 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| 19 Date(s) | 20 Description | 21 Charges | 22 Est. Ins. Cov. | 23 Payments/Adj. |
|---|---|---|---|---|
| 07/20/10 | Prev Balance | 12.56 | | |
| | Chg to date: | 262.50 | | |
| | Rec to date: | | | 103.59 |
| | Adj to date: | | | 146.35 |
| | Est Ins due: | | 0.00 | |

YOUR ACCOUNT IS IN REVIEW FOR FURTHER COLLECTION ACTIVITY.
PLEASE MAKE YOUR PAYMENT TODAY OR CALL MARY AT
(716)898-4401 TO AVOID FURTHER ACTION.

To pay your bill online please visit our website at WWW.ECMC.EDU

| 9 Account Number V00002800425 | 24 Previous Balance | 12.56 | 25 Amount Due From Patient: | 12.56 |

**Erie County Medical Center**
**P.O. Box 1598**
**Buffalo, New York 14240-1598**

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

| | |
|---|---|
| Account No. | Insurance Co. Name |
| Name | Address |
| | City/State/Zip |

**E C M C**

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| | |
|---|---|
| **1** Patient Name: | URBANCZYK, CHRISTOPHER |
| **2** Service Date(s) From/Through | 04/11/10 - 04/12/10 |
| **3** Statement Date | 07/26/10 |

| 4 This is the current insurance information on file: | 5 If paying by Credit Card, please complete this section | 6 Check/MO |
|---|---|---|
| *Please review and make corrections below:* | ☐ Visa ☐ MasterCard ☐ Other | **AMOUNT ENCLOSED** |
| Insurance Name | Policy # | Card # | |
| 1 RMSCO INC 719009600 | Exp Date        Amt Authorized $ | $ |
| 2 | Signature | |
| 3 | | |
| 4 | | |

| 9 Account Number | 10 Previous Balance | 11 Charges | 12 Est Ins Coverage | 13 Payments/Adj's | 14 Amt. Due from Patient |
|---|---|---|---|---|---|
| V00002797498 | 2983.86 | 2983.86 | 6224.42 | 3240.56 | 0.00 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| 19 Date(s) | 20 Description | 21 Charges | 22 Est. Ins. Cov. | 23 Payments/Adj. |
|---|---|---|---|---|
| 06/14/10 | Prev Balance | 2983.86 | | |
| 06/16/10 ASP | ADJUSTMENT SE | | | 3240.56 |
| | Chg to date: | 6224.42 | | |
| | Adj to date: | | | 0.00 |
| | Est Ins due: | 6224.42 | | |

Your insurance company has been billed.  To date no payment
has been received.  Please contact your insurance company to
inquire about the claim.  Payment of the account is
ultimately your responsibility.

To pay your bill online please visit our website at WWW.ECMC.EDU

| 9 Account Number | V00002797498 | 24 Previous Balance | 2983.86 | 25 Amount Due From Patient: | 0.00 |
|---|---|---|---|---|---|

Erie County Medical Center
P.O. Box 1598
Buffalo, New York 14240-1598

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

9 Account No.

1 Name

Insurance Co. Name

Address

City/State/Zip

# ECMC

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| | |
|---|---|
| 1 Patient Name: | URBANCZYK,CHRISTOPHER |
| 2 Service Date(s) From/Through | 04/22/10 - |
| 3 Statement Date | 07/20/10 |

| 4 This is the current insurance information on file: | | 5 If paying by Credit Card, please complete this section | 6 Check/MO |
|---|---|---|---|

4 This is the current insurance information on file:

Please review and make corrections below:

Insurance Name          Policy #
1  RMSCO INC          719009600
2
3
4

5 If paying by Credit Card, please complete this section

☐ Visa  ☐ MasterCard  ☐ Other
Card #

Exp Date          Amt Authorized $

Signature

6 Check/MO

AMOUNT
ENCLOSED

$

| 9 Account Number | 10 Previous Balance | 11 Charges | 12 Est Ins Coverage | 13 Payments/Adj's | 14 Amt. Due from Patient |
|---|---|---|---|---|---|
| V00002800425 | 158.91 | 158.91 | 0.00 | −146.35 | 12.56 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| 19 Date(s) | 20 Description | 21 Charges | 22 Est. Ins. Cov. | 23 Payments/Adj. |
|---|---|---|---|---|
| 07/12/10 | Prev Balance | 158.91 | | |
| 07/19/10 | ARMSCO INC ADJ RMSCO INC | | | −146.35 |
| | 6/3/10 | | | |
| | Chg to date: | 262.50 | | |
| | Rec to date: | | | 103.59 |
| | Adj to date: | | | 146.35 |
| | Est Ins due: | 0.00 | | |

Your insurance company has paid or denied this claim.
The balance is your responsibility.

any questions, Mary  716-898-4401

To pay your bill online please visit our website at WWW.ECMC.EDU

| 9 Account Number | V00002800425 | 24 Previous Balance | 158.91 | 25 Amount Due From Patient: | 12.56 |
|---|---|---|---|---|---|



**Erie County Medical Center**
**P.O. Box 1598**
**Buffalo, New York 14240-1598**

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

| Account No. | Insurance Co. Name |
| --- | --- |
| Name | Address |
| | City/State/Zip |

## E C M C

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| | |
| --- | --- |
| **1** Patient Name: URBANCZYK, CHRISTOPHER | |
| **2** Service Date(s) From/Through 09/08/10 – | **3** Statement Date 03/16/11 |

| **4** This is the current insurance information on file: | **5** If paying by Credit Card, please complete this section | **6** Check/MO |
| --- | --- | --- |
| Please review and make corrections below:<br>Insurance Name    Policy #<br>1  RMSC          719009600<br>2<br>4 | ☐ Visa  ☐ MasterCard  ☐ Other<br>Card #<br>Exp Date          Amt Authorized $<br>Signature | AMOUNT ENCLOSED<br>$ |

| **9** Account Number | **10** Previous Balance | **11** Charges | **12** Est Ins Coverage | **13** Payments/Adj's | **14** Amt. Due from Patient |
| --- | --- | --- | --- | --- | --- |
| V00002904112 | 408.50 | 408.50 | 408.50 | 0.00 | 0.00 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| **19** Date(s) | **20** Description | **21** Charges | **22** Est. Ins. Cov. | **23** Payments/Adj. |
| --- | --- | --- | --- | --- |
| 11/05/10 | Prev Balance<br>Chg to date:<br><br>Est Ins due: | 408.50<br>408.50<br><br>408.50 | | |

Your insurance company has been billed. To date no payment
has been received. Please contact your insurance company to
inquire about the claim. Payment of the account is
ultimately your responsibility.

Thank You— Mary 898-4401

To pay your bill online please visit our website at **WWW.ECMC.EDU**

| **9** Account Number | V00002904112 | **24** Previous Balance | 408.50 | **25** Amount Due From Patient: | 0.00 |
| --- | --- | --- | --- | --- | --- |

Erie County Medical Center
P.O. Box 1598
Buffalo, New York 14240-1598

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

| **Account No.** | | Insurance Co. Name |
|---|---|---|
| **Name** | | Address |
| | | City/State/Zip |

**ECMC**

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

**1** Patient Name: URBANCZYK, CHRISTOPHER

**2** Service Date(s) From/Through
01/12/11 –

**3** Statement Date
06/03/11

**4** This is the current insurance information on file:
Please review and make corrections below:
Insurance Name
1 RMSCO INC        Policy # 719009600
2
3
4

**5** If paying by Credit Card, please complete this section
☐ Visa   ☐ MasterCard   ☐ Other
Card #
Exp Date
Signature        Amt Authorized $

**6** Check/MO
AMOUNT
ENCLOSED
$

| **9** Account Number | **10** Previous Balance | **11** Charges | **12** Est Ins Coverage | **13** Payments/Adj's | **14** Amt. Due from Patient |
|---|---|---|---|---|---|
| V00002999953 | 342.00 | 342.00 | 0.00 | 0.00 | 342.00 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| **19** Date(s) | **20** Description | **21** Charges | **22** Est. Ins. Cov. | **23** Payments/Adj. |
|---|---|---|---|---|
| 05/09/11 | Prev Balance | 342.00 | | |

Est Ins due:        0.00
YOUR ACCOUNT IS IN REVIEW FOR FURTHER COLLECTION ACTIVITY.
PLEASE MAKE YOUR PAYMENT TODAY OR CALL OUR COLLECTIONS
DEPARTMENT AT (716)-898-3173 TO AVOID FURTHER ACTION.

To pay your bill online please visit our website at WWW.ECMC.EDU

| Account Number | **24** Previous Balance | **25** Amount Due From Patient: |
|---|---|---|
| V00002999953 | 342.00 | 342.00 |

Erie County Medical Center
P.O. Box 1598
Buffalo, New York 14240-1598

PLACE
STAMP
HERE
POSTAGE
PROPER
USE

FROM

Account No.

Name

Insurance Co. Name

Address

City/State/Zip

# ECMC

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| | | |
|---|---|---|
| **1** Patient Name: | URBANCZYK, CHRISTOPHER | |
| **2** Service Date(s) From/Through | 01/12/11 – | **3** Statement Date 05/09/11 |

**4** This is the current insurance information on file:

Please review and make corrections below:

| Insurance Name | | Policy # |
|---|---|---|
| 1 RMSCO INC | 719009600 | |
| 2 | | |
| 3 | | |
| 4 | | |

**5** If paying by Credit Card, please complete this section

☐ Visa  ☐ MasterCard  ☐ Other
Card #

Exp Date _____  Amt Authorized $ _____

Signature

**6** Check/MO

AMOUNT
ENCLOSED

$

| **9** Account Number | **10** Previous Balance | **11** Charges | **12** Est Ins Coverage | **13** Payments/Adj's | **14** Amt. Due from Patient |
|---|---|---|---|---|---|
| V00002999953 | | 790.00 | 0.00 | −448.00 | 342.00 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| **19** Date(s) | **20** Description | **21** Charges | **22** Est. Ins. Cov. | **23** Payments/Adj. |
|---|---|---|---|---|
| 01/17/11 | Final Bill | | | 790.00 |
| 02/18/11 | PRMSCO INC PMT RMSCO INC | | | −448.00 |
| | Chg to date: | 790.00 | | |
| | Rec to date: | | | 448.00 |
| | Est Ins due: | | 0.00 | |

Your insurance company has paid or denied this claim.
The balance is your responsibility.
Please pay today or call (716)898-4401.

To pay your bill online please visit our website at **WWW.ECMC.EDU**

| **9** Account Number | V00002999953 | **24** Previous Balance | **25** Amount Due From Patient: | 342.00 |
|---|---|---|---|---|

Erie County Medical Center
P.O. Box 1598
Buffalo, New York 14240-1598

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

| Account No. | Insurance Co. Name |
| **1** Name | Address |
| | City/State/Zip |

# E C M C

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| **1** Patient Name: | URBANCZYK, CHRISTOPHER | |
|---|---|---|
| **2** Service Date(s) From/Through 04/07/11 | | **3** Statement Date 12/30/11 |

| **4** This is the current insurance information on file: | **5** If paying by Credit Card, please complete this section | **6** Check/MO |
|---|---|---|
| *Please review and make corrections below:* | ☐ Visa ☐ MasterCard ☐ Other | AMOUNT ENCLOSED |
| Insurance Name                    Policy # | Card # | |
| 1 RMSCO INC          719009600 | | |
| 2 CB TRAD BLUE POS   YJP881104257 | Exp Date          Amt Authorized $ | $ |
| 3 | | |
| 4 | Signature | |

| **9** Account Number | **10** Previous Balance | **11** Charges | **12** Est Ins Coverage | **13** Payments/Adj's | **14** Amt. Due from Patient |
|---|---|---|---|---|---|
| V00003073743 | 17.45 | 17.45 | 0.00 | 0.00 | 17.45 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| **19** Date(s) | **20** Description | **21** Charges | **22** Est. Ins. Cov. | **23** Payments/Adj. |
|---|---|---|---|---|
| 12/05/11 | Prev Balance | 17.45 | | |

Final notice. Your account remains unpaid. Failure to
respond within 15 days may result in further collection
activity. In order to avoid this action please call our
collection department at (716) 898-3173 today. Thank You.

To pay your bill online please visit our website at **WWW.ECMC.EDU**

| **9** Account Number | V00003073743 | **24** Previous Balance | 17.45 | **25** Amount Due From Patient: | 17.45 |
|---|---|---|---|---|---|

**Erie County Medical Center**
**P.O. Box 1598**
**Buffalo, New York 14240-1598**

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

---

| | |
|---|---|
| **Account No.** | Insurance Co. Name |
| **1** Name | Address |
| | City/State/Zip |

---

**ECMC**

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| **1** Patient Name: | URBANCZYK, CHRISTOPHER | |
|---|---|---|
| **2** Service Date(s) From/Through 08/26/10 – | | **3** Statement Date 11/15/10 |

| **4** This is the current insurance information on file: | **5** If paying by Credit Card, please complete this section | **6** Check/MO |
|---|---|---|
| *Please review and make corrections below:* Insurance Name    Policy # 1 RMSCO INC     719009600 2 3 4 | ☐ Visa ☐ MasterCard ☐ Other Card # Exp Date     Amt Authorized $ Signature | AMOUNT ENCLOSED $ |

| **9** Account Number | **10** Previous Balance | **11** Charges | **12** Est Ins Coverage | **13** Payments/Adj's | **14** Amt. Due from Patient |
|---|---|---|---|---|---|
| V00002882740 | | 319.00 | 0.00 | –148.08 | 170.92 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| **19** Date(s) | **20** Description | **21** Charges | **22** Est. Ins. Cov. | **23** Payments/Adj. |
|---|---|---|---|---|
| 09/09/10 | Final Bill | | | 319.00 |
| 10/20/10 | PRMSCO INC PMT RMSCO INC | | | –148.08 |
| | Chg to date: | 319.00 | | |
| | Rec to date: | | | 148.08 |
| | Est Ins due: | | 0.00 | |

Your insurance company has paid or denied this claim.
The balance is your responsibility.
Please pay today or call (716)898-4401.

To pay your bill online please visit our website at **WWW.ECMC.EDU**

| **9** Account Number | V00002882740 | **24** Previous Balance | **25** Amount Due From Patient: | 170.92 |
|---|---|---|---|---|

Erie County Medical Center
P.O. Box 1598
Buffalo, New York 14240-1598

PLACE STAMP HERE USE PROPER POSTAGE

FROM

**1** Name

Address

City/State/Zip

**E C M C**

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| | |
|---|---|
| **1** Patient Name: | URBANCZYK, CHRISTOPHER |
| **2** Service Date(s) From/Through | 08/26/10 – |
| **3** Statement Date | 12/03/10 |

**4** This is the current insurance information on file:
Please review and make corrections below:

| Insurance Name | | Policy # |
|---|---|---|
| 1 RMSCO INC | 719009600 | |
| 2 | | |
| 3 | | |
| 4 | | |

**5** If paying by Credit Card, please complete this section
☐ Visa ☐ MasterCard ☐ Other   Card #
Exp Date        Amt Authorized $
Signature

**6** Check/MO
AMOUNT ENCLOSED
$

| **9** Account Number | **10** Previous Balance | **11** Charges | **12** Est Ins Coverage | **13** Payments/Adj's | **14** Amt. Due from Patient |
|---|---|---|---|---|---|
| V00002882740 | 170.92 | 170.92 | 0.00 | −133.90 | 37.02 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| **19** Date(s) | **20** Description | **21** Charges | **22** Est. Ins. Cov. | **23** Payments/Adj. |
|---|---|---|---|---|
| 11/15/10 | Prev Balance | 170.92 | | |
| 12/02/10 | ARMSCO INC ADJ RMSCO INC $37.02 | | | −133.90 |
| | Chg to date: | 319.00 | | |
| | Rec to date: | | | 148.08 |
| | Adj to date: | | | 133.90 |
| | Est Ins due: | 0.00 | | |

Your insurance company has paid or denied this claim.
The balance is your responsibility.

To pay your bill online please visit our website at **WWW.ECMC.EDU**

| **9** Account Number | V00002882740 | **24** Previous Balance | 170.92 | **25** Amount Due From Patient: | 37.02 |
|---|---|---|---|---|---|

Erie County Medical Center
P.O. Box 1598
Buffalo, New York 14240-1598

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

| [8] Account No. | Insurance Co. Name |
| [1] Name | Address |
| | City/State/Zip |

**E C M C**

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| | |
|---|---|
| **1** Patient Name: URBANCZYK, CHRISTOPHER | |
| **2** Service Date(s) From/Through 08/26/10 − | **3** Statement Date 12/27/10 |

| **4** This is the current insurance information on file: | **5** If paying by Credit Card, please complete this section | **6** Check/MO |
|---|---|---|
| Please review and make corrections below:<br>Insurance Name           Policy #<br>1 RMSCO INC        719009600<br>2<br>3<br>4 | ☐ Visa  ☐ MasterCard  ☐ Other<br>Card #<br>Exp Date          Amt Authorized $<br>Signature | AMOUNT ENCLOSED<br>$ |

| **9** Account Number | **10** Previous Balance | **11** Charges | **12** Est Ins Coverage | **13** Payments/Adj's | **14** Amt. Due from Patient |
|---|---|---|---|---|---|
| V00002882740 | 37.02 | 37.02 | 0.00 | 0.00 | 37.02 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| **19** Date(s) | **20** Description | **21** Charges | **22** Est. Ins. Cov. | **23** Payments/Adj. |
|---|---|---|---|---|
| 12/03/10 | Prev Balance | 37.02 | | |
| | Chg to date: | 319.00 | | |
| | Rec to date: | | | 148.08 |
| | Adj to date: | | | 133.90 |
| | Est Ins due: | | 0.00 | |

YOUR ACCOUNT IS IN REVIEW FOR FURTHER COLLECTION ACTIVITY.
PLEASE MAKE YOUR PAYMENT TODAY OR CALL MARY AT
(716)898-4401 TO AVOID FURTHER ACTION.

To pay your bill online please visit our website at **WWW.ECMC.EDU**

| **9** Account Number V00002882740 | **24** Previous Balance 37.02 | **25** Amount Due From Patient: 37.02 |
|---|---|---|

Erie County Medical Center
P.O. Box 1598
Buffalo, New York 14240-1598

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

Insurance Co. Name

Address

City/State/Zip

**Account No.**

**1** Name

# ECMC

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| **1** Patient Name: URBANCZYK, CHRISTOPHER | | **3** Statement Date |
|---|---|---|
| **2** Service Date(s) From/Through 11/08/10 - | | 01/03/11 |

**4** This is the current Insurance Information on file:

*Please review and make corrections below:*  Policy #

Insurance Name

1
2
3
4

| **5** If paying by Credit Card, please complete this section | **6** Check/MO |
|---|---|
| ☐ Visa ☐ MasterCard ☐ Other | AMOUNT ENCLOSED |
| Card # | |
| Exp Date        Amt Authorized $ | $ |
| Signature | |

| **12** Est Ins Coverage | **13** Payments/Adj's | **14** Amt. Due from Patient |
|---|---|---|
| 0.00 | −399.84 | 368.16 |

| **9** Account Number | **10** Previous Balance | **11** Charges | |
|---|---|---|---|
| V00002961138 | | 768.00 | |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| **21** Charges | **22** Est. Ins. Cov. | **23** Payments/Adj. |
|---|---|---|
| | | 768.00 |
| | | −399.84 |

| **19** Date(s) | **20** Description | **21** Charges | **23** Payments/Adj. |
|---|---|---|---|
| 11/15/10 | Final Bill | | 399.84 |
| 12/13/10  ASP | ADJUSTMENT SE | 768.00 | |
| | Chg to date: | | |
| | Adj to date: | | |
| | Est Ins due: | 0.00 | |

Our records indicate no insurance coverage for the visit
above.  Please contact MARY at (716)898-4401
with coverage or pay in full today.

To pay your bill online please visit our website at **WWW.ECMC.EDU**

| **9** Account Number V00002961138 | **24** Previous Balance | **25** Amount Due From Patient: 368.16 |
|---|---|---|

Erie County Medical Center
P.O. Box 1598
Buffalo, New York 14240-1598

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

| **9** Account No. | Insurance Co. Name |
|---|---|
| **1** Name | Address |
| | City/State/Zip |

**E C M C**

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| **1** | Patient Name: | URBANCZYK, CHRISTOPHER |
|---|---|---|

| **2** Service Date(s) From/Through | **3** Statement Date |
|---|---|
| 05/20/10 – | 07/16/10 |

| **4** This is the current insurance information on file: | **5** If paying by Credit Card, please complete this section | **6** Check/MO |
|---|---|---|

*Please review and make corrections below:*

| Insurance Name | Policy # | ☐ Visa  ☐ MasterCard  ☐ Other | AMOUNT ENCLOSED |
|---|---|---|---|
| 1 RMSCO INC | 719009600 | Card # | |
| 2 | | Exp Date        Amt Authorized $ | $ |
| 3 | | | |
| 4 | | Signature | |

| **9** Account Number | **10** Previous Balance | **11** Charges | **12** Est Ins Coverage | **13** Payments/Adj's | **14** Amt. Due from Patient |
|---|---|---|---|---|---|
| V00002806632 | | 96.50 | 96.50 | 0.00 | 0.00 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| **19** Date(s) | **20** Description | **21** Charges | **22** Est. Ins. Cov. | **23** Payments/Adj. |
|---|---|---|---|---|
| 06/01/10 | Final Bill | | | 96.50 |
| | Chg to date: | 96.50 | | |
| | Est Ins due: | | 96.50 | |

Your insurance company has been billed. To date no payment
has been received. Please contact your insurance company to
inquire about the claim. Payment of the account is
ultimately your responsibility.

To pay your bill online please visit our website at **WWW.ECMC.EDU**

| **9** Account Number | V00002806632 | **24** Previous Balance | **25** Amount Due From Patient: | 0.00 |
|---|---|---|---|---|

Erie County Medical Center
P.O. Box 1598
Buffalo, New York 14240-1598

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

| Account No. | Insurance Co. Name |
|---|---|
| Name | Address |
| | City/State/Zip |

**ECMC**

P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| | | |
|---|---|---|
| **1** Patient Name: | URBANCZYK, CHRISTOPHER | |
| **2** Service Date(s) From/Through 04/22/10 – | | **3** Statement Date 09/09/10 |

| **4** This is the current insurance information on file: | **5** If paying by Credit Card, please complete this section | **6** Check/MO |
|---|---|---|
| *Please review and make corrections below:*<br>Insurance Name<br>1 RMSCO INC          719009600  Policy #<br>2<br>3<br>4 | ☐ *Visa* ☐ *MasterCard* ☐ *Other*<br>Card #<br><br>Exp Date          Amt Authorized $<br>Signature | AMOUNT<br>ENCLOSED<br>$ |

| **9** Account Number | **10** Previous Balance | **11** Charges | **12** Est Ins Coverage | **13** Payments/Adj's | **14** Amt. Due from Patient |
|---|---|---|---|---|---|
| V00002800425 | 12.56 | 12.56 | 0.00 | 0.00 | 12.56 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| **19** Date(s) | **20** Description | **21** Charges | **22** Est. Ins. Cov. | **23** Payments/Adj. |
|---|---|---|---|---|
| 08/10/10 | Prev Balance | 12.56 | | |
| | Chg to date: | 262.50 | | |
| | Rec to date: | | | 103.59 |
| | Adj to date: | | | 146.35 |
| | Est Ins due: | 0.00 | | |

Your account has an outstanding balance of $12.56
with our Inhouse Collection Department. Please make payment
today, or call MARY at (716)898-4401 to
arrange payment. Thank you.

To pay your bill online please visit our website at WWW.ECMC.EDU

| **9** Account Number V00002800425 | **24** Previous Balance | 12.56 | **25** Amount Due From Patient: | 12.56 |
|---|---|---|---|---|

Erie County Medical Center
P.O. Box 1598
Buffalo, New York 14240-1598

PLACE
STAMP
HERE
USE
PROPER
POSTAGE

FROM

| Account No. | Insurance Co. Name |
| Name | Address |
| | City/State/Zip |

**E C M C**
P.O. Box 1598 · Buffalo, New York 14240-1598
716-898-3173
WWW.ECMC.EDU

| 1 Patient Name: | URBANCZYK, CHRISTOPHER |
| 2 Service Date(s) From/Through 05/20/10 – | 3 Statement Date 07/19/10 |

| 4 This is the current insurance information on file: | 5 If paying by Credit Card, please complete this section | 6 Check/MO |
|---|---|---|
| Please review and make corrections below: Insurance Name  Policy # | ☐ Visa ☐ MasterCard ☐ Other  Card # | AMOUNT ENCLOSED |
| 1 RMSCO INC   719009600 | Exp Date   Amt Authorized $ | $ |
| 2 3 4 | Signature | |

| 9 Account Number | 10 Previous Balance | 11 Charges | 12 Est Ins Coverage | 13 Payments/Adj's | 14 Amt. Due from Patient |
|---|---|---|---|---|---|
| V00002827927 | | 156.00 | 156.00 | 0.00 | 0.00 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT DETACH TOP SECTION AND RETURN WITH YOUR PAYMENT.
PAYMENT DUE 21 DAYS FROM STATEMENT DATE.

| 19 Date(s) | 20 Description | 21 Charges | 22 Est. Ins. Cov. | 23 Payments/Adj. |
|---|---|---|---|---|
| 06/02/10 | Final Bill | | | 156.00 |
| | Chg to date: | 156.00 | | |
| | Est Ins due: | 156.00 | | |

Your insurance company has been billed. To date no payment
has been received. Please contact your insurance company to
inquire about the claim. Payment of the account is
ultimately your responsibility.

To pay your bill online please visit our website at **WWW.ECMC.EDU**

| 9 Account Number | V00002827927 | 24 Previous Balance | 25 Amount Due From Patient: | 0.00 |

ECMC
908 NIAGARA FALLS BLVD. STE 208
NORTH TONAWANDA, NY 14120-2019

Return Service Requested

| STATEMENT | BILL DATE | ACCOUNT NO. | AMOUNT ENCLOSED |
|---|---|---|---|
| | 07/03/11 | 83563P | $ |

**PLEASE PAY THIS AMOUNT**

46.52*

MC    VISA
Card#  ___  ___  ___  ___
Sign  _____

Security
Code _____
Exp ___ / ___

20232

CHRISTOPHER URBANCZYK
199 MARYKNOLL DRIVE
LACKAWANNA NY  14218-2717

ECMC
908 NIAGARA FALLS BLVD. STE 208
NORTH TONAWANDA, NY 14120-2019

**RETURN TOP PORTION • RETAIN LOWER**

MESSAGES EXPLAINED ▼ BELOW

| Date | Pat# | Prv# | Msg | Service Description | CPT | Dx | Charge | Payment | Adjust | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| *** | | | | IF YOU HAVE ANY QUESTIONS PLEASE CALL 716-692-2160 EXT 277 OR 303 | | | | | | *** |
| *** | | | | MON-FRI. SELFPAY PATIENT BILL HAS BEEN REDUCED BY 56%! WEB CREDIT CARD | | | | | | *** |
| *** | | | | PAYMENTS-WWW.ECMC.EDU INCLUDE YOUR ACCOUNT NUMBER. | | | | | | *** |
| | | | | Insurance Charges pending to Prv: | | | 774.00 | | | |
| | | | | Ins Pay/Adj against Ins pending | | | | 178.60 | -555.40 | |
| | | | | Pat Pay/Adj against Ins pending | | | | 0.00 | -40.00 | 0.00 |
| 04/22/10 | 1 | 86 | L | OFFICE VISIT EST LEVEL 2 | 99212 | 825.25 | 60.00 | | | |
| 06/15/10 | | | | RMSCO INC Payment | | | | 31.18 | | |
| 06/15/10 | | | | Accept Assign Adj. | | | | | -21.03 | 7.79* |
| 05/20/10 | 1 | 86 | L | OFFICE VISIT EST LEVEL 2 | 99212 | 825.25 | 60.00 | | | |
| 07/20/10 | | | | RMSCO INC Payment | | | | 31.41 | | |
| 07/20/10 | | | | Accept Assign Adj. | | | | | -20.74 | 7.85* |
| 08/26/10 | 1 | 79 | L | OFFICE VISIT EST LEVEL 1 | 99211 | 825.25 | 30.00 | | | |
| 10/27/10 | | | | RMSCO INC Payment | | | | 17.94 | | |
| 10/27/10 | | | | Accept Assign Adj. | | | | | -7.58 | 4.48* |
| 09/08/10 | 1 | 84 | | OFFICE VISIT EST LEVEL 2 | 99212 | 825.20 | 60.00 | | | |
| 11/04/10 | | | | DENIAL Payment | | | | 0.00 | | |
| 11/04/10 | | | | Courtesy Adj. | | | | | -33.60 | 26.40* |

L-The 'PLEASE PAY' includes unpaid co-pay or co-ins. Please make payment.

| DATE LAST PAID | AMOUNT | Current | Over 30 | Over 60 | Over 90 | Over 120 | Ins Pending | Collections | Total Balance |
|---|---|---|---|---|---|---|---|---|---|
| 00/00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.52 | 0.00 | 0.00 | 46.52 |

MAKE
CHECK
PAYABLE TO:

ECMC
908 NIAGARA FALLS BLVD. STE 208
NORTH TONAWANDA, NY 14120-2019

**PLEASE PAY THIS AMOUNT**

46.52*

PAT#  1-CHRISTOPHER  URBANC    PRV# 79-KOWALSKI, JOSEPH, M.D.
                                PRV# 84-ROHRBACHER, BERNARD, M.D
                                PRV# 86-STEGEMANN, PHILIP, M.D.

Ph:
Acct#: 83563P
Date:  07/03/11
Page 1 of 1

0001

**Western New York MRI LLP**
PO Box 40
Clifton Springs  NY  14432-0040



| | | |
|---|---|---|
| ☐ MasterCard | ☐ VISA | |
| CARD NUMBER | | SECURITY CODE |
| NAME ON CARD (PLEASE PRINT) | | EXP. DATE |
| SIGNATURE | | AMOUNT |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 06/27/2011 | NYM14608 | $56.00 |

AMOUNT PAID

Office Hours: 7:30am - 4:00pm
Phone: 585/412-6140 x310  or 800/841-0417 x310

Patient: CHRISTOPHER  URBANCZYK
Primary Ins.: RMSCO MEDICAL CLAIMS

MAKE CHECK PAYABLE & REMIT TO:

737 1 AT 0.362 *3                    00737
Christopher Urbanczyk     NYM14608
199 Maryknoll Drive
Lackawanna NY  14218-2717

**Western New York MRI LLP**
PO Box 40
Clifton Springs  NY  14432-0040

CALLC001-0279580-0000737-2026220-014-000045-#000831-0001

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

DETACH HERE

AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | POST DATE | CODE | DESCRIPTION OF SERVICE | CHARGE | PAYMENT | ADJ | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/08/10 | | 73610 | ANKLE COMP THREE VIEWS | $28.00 | | | $28.00 |
| 09/08/10 | | 73630 | FOOT COM MIN 3 VIEWS | $28.00 | | | $28.00 |

Total Balance:  $56.00
Insurance Pending:  $0.00
**AMOUNT DUE NOW:  $56.00**

| Patient:  CHRISTOPHER  URBANCZYK | Account Number:  NYM14608 | Statement Date:  06/27/2011 |
|---|---|---|

Location: Erie County Medical Center

**Western New York MRI LLP**
PO Box 40
Clifton Springs  NY  14432-0040

CALLC001-0279580-0000737-2026220-014-000045-#000831-0001

Phone: 585/412-6140 x310  or 800/841-0417 x310   IRS# 74-307922



**Erle County Medical Ce**

## Return to Work/School Slip

```
M000809138                    04/22/10
                              RMSCO INC
URBANCZYK,CHRISTOPHER
DOB: 07/02/1985   24    SEX:M
V00002800425              ORTHO
```

## THIS PATIENT HAS BEEN SEEN TODAY IN CLINIC AT ECMC OR ECMC OFF-SITE

_____ He / She was seen in clinic _____
                                                          DATE

_____ He / She may return to work / school on _____ 5/24/10 _____
                                                          est 3 mo   DATE

_____ Without restrictions

_____ With restrictions: _____
                                                          EXPLAIN

_____ He / She may not return to work / school until_____
                                                          DATE

Additional Comments:_____
                                        for a lcovrtsh

                          JOSEPH TREANOR, RPA-C            4/22/10
                          Physician's Name (Print)        DATE

                          _____
                          Physician's Signature

                                        JOSEPH KOWALSKI, M.D.

622227
ADM.GEN.008

**AMBULATORY SURGERY / INTERVENTIONAL RADIOLOGY
DISCHARGE INSTRUCTIONS**

**E C M C**
**ERIE COUNTY MEDICAL CENTER
CORPORATION**

Name: **URBANCZYK, CHRISTOPHER**
Med. Rec. #: **M000809138**   Date of Birth: **07/02/1985**  Age: **025**
Visit #: **V00003024221**   Insurance: **RMSCO INC**
Service Date: **02/18/2011**   Service Time: **10:25:00**   Room:

Physician : _Rohrbach_

Date : _2-18-11_

Procedure : _____

The following instructions are guidelines. In the event of any problems or complications, call your physician Dr._____
at _____ . In the event of an emergency, call 911 and seek emergency treatment immediately.

❑ You have had sedation or anesthesia :
  1. You may experience light headedness, dizziness, and sleepiness
  2. Refrain from drinking alcoholic beverages for twenty-four hours
  3. Do not make important personal or business decisions for twenty-four hours
  4. Do not drive a motor vehicle or operate hazardous machinery for twenty-four hours

ACTIVITY :
❑ Resume normal activity as tolerated
❑ No strenuous activity such as lifting, bending, or pulling
❑ Additional instructions : _NON weight bearing () leg_

DIET :
☒ Resume your regular diet
❑ Other : _____

MEDICATIONS :
❑ Resume medications
☒ Prescriptions given : _Colace & Loritab_

WOUND CARE :
☒ **Do Not** change dressing until you see your physician
❑ Remove dressing in _____ hours/days. Do not remove steri-strips/sutures
❑ Other : _____
❑ You may shower in _____ days.    ❑ No tub bath or swimming until physician approves

FOLLOW-UP CARE :
❑ Call your doctors office to make an appointment for _2_ days/(weeks)
❑ Follow-up clinic appointment in _____ days/weeks. Call 898-_____ for an appointment
Additional instructions : _____

Report The Following Signs or Symptoms to Your Doctor Immediately :
  *Difficulty breathing          *Excessive pain not relieved by prescribed medication
  *Excessive bleeding          *Redness, swelling, foul odor at operative site
  *Inability to urinate          *Temperature greater than 101°F for more than one day
  *Persistent nausea, vomiting

Specific Instructions : _____
_____
_____
_____

**I have received and read, or had read to me, these instructions and I clearly understand them**

X _(signature)_                        Date : _2/18/11_  Time : _____
**(Signature of Patient or Responsible Party)**

RN Completing Discharge : _(signature)_        Date : _2/18/11_  Time : _____

Rev. 11/09
INS.023

M000809138        V00003024221

02/18/11
M000809138          RMSCO INC
URBANCZYK, CHRISTOPHER
DOB: 07/02/1985   25       SEX:M

V00003024221          AMBSURG

...CTIONS - FOOT AND ANKLE

**E C M C**
**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

*Age:*

*Room:*

**ELEVATE YOUR FOOT -** Keep your leg elevated at or above the level of your heart as much as possible. This keeps the swelling down by allowing the blood to flow more easily from your foot and ankle.

Call the office if you get a fever higher than 101 degrees for severe swelling, or toes that are cool, blue or white in appearance.

Your foot may be completely numb following the surgery. This should wear off after 6-8 hours. Begin taking pain medication as sensation begins to return to the foot.

**YOU MAY APPLY ICE** to the dressing post-operatively to help control the pain

**BLEEDING AND SWELLING IS NORMAL** after surgery. It can be minimized by keeping the foot elevated. It is normal to expect some bleeding into the bandages, and this may even soak through to the outer layers. DO NOT CHANGE THE BANDAGE for bleeding. If you have excessive bleeding (dressing soaked or dripping), call the office at 716-898-3810.

**KEEP YOUR DRESSING DRY!** If your dressing gets wet post-operatively, you need to have it changed. If it stays wet you can develop an infection. Tape on a plastic bag and keep it out of the direct stream of water in the shower. Do not immerse it, even in a bag.

**YOU SHOULD NOT NEED TO CHANGE YOUR DRESSING** unless instructed otherwise. Your first dressing change should take place at your first post-operative visit within the next 10-14 days. If the ACE bandage is too tight, unwrap it and re-apply it loosely. Start at the toes and wrap upward.

**PAIN IS NORMAL AND TO BE EXPECTED AFTER SURGERY.** Your pain medicine should control the pain, but elevation of your leg and rest will help greatly as well.

You should have prescriptions for pain medication on discharge from the hospital. Common side effects of pain medicine can be flushing, dizziness, nausea, tiredness, or constipation. This is normal and you may experience one or all of these symptoms. Take only enough pain medication to help with the pain, try to take less during the day and take an extra pain pill at night to help you sleep. If you are taking this pain medication for the first time, and experience shortness of breath, swelling, or develop a rash call the office.

In general the cast shoes, black cast-boots, and splints/casts need to stay in place until your first visit.

No driving until cleared by physician.

    **Please note : This is only a general list. Dr. Ritter or Dr. Rohrbacher may have specific recommendations for your activity level, weight bearing, and dressings depending on your surgery.**

CALL _____ IN THE NEXT COUPLE OF DAYS TO SCHEDULE YOUR FIRST POST-OPERATIVE VISIT, WHICH WILL BE IN THE NEXT 10-14 DAYS.

        *YOUR WEIGHTBEARING STATUS :*
☒ **NON WEIGHTBEARING** *Uleg le*
○ **TOE-TOUCH WEIGHTBEARING**
○ **WEIGHTBEARING AS TOLERATED**
○ **WEIGHTBEARING AS TOLERATED THROUGH THE HEEL ONLY**

0622634   Rev. 2/09

INS.019

**East Coast Orthotic & Prosthetic Corporation**
Phone: (631) 254-5577    Fax: (631) 254-5550

# PATIENT PRODUCT AGREEMENT & PRESCRIPTION

East Coast Orthotic Prosthetic, Corp. is providing you with the brace, splint, support or other medical supply item that you received at ___ECMC___
_____. You may choose to allow East Coast Orthotic & Prosthetic, Corp to supply this item or purchase it from the durable medical equipment provider of your choice. *Our policy is to bring you the best possible products in order to support your physician's prescribed treatment and rehabilitation protocol.* We will gladly replace any defective products. Any item is guaranteed for a period of 90 days from the date of delivery. During this time East Coast Orthotic & Prosthetic, Corp will make any repairs or adjustments necessary. After 90 days, a service charge based on time and material will be assessed. (Due to health and sanitary reasons, items that have been obviously used cannot be returned). (Due to health and sanitary reasons we cannot accept returns). A bill will be sent for your product to your insurance carrier. Remember this is a seperate bill from your physicians' bill and hospital bill.  **If you have any questions about your product or your bill, please call East Coast Orthotic & Prosthetic, Corp. at (631) 254-5577 or visit our web site www.ec-op.com. Please do not call your doctor's office.**

## PATIENT INFORMATION (MUST BE FILLED OUT)

Name: _Christopher  Urbanczik_    Relationship to Insured: ☐ Self  ☐ Spouse  ☐ Child

Address: _____  Apt. # ___  City ___  State ___  Zip ___

Phone (Home): _____  Work _____  Mobile _____

Social Security Number: _____  Date of Birth: _7-2-85_  Sex: ☐ M  ☐ F

E-Mail: _____  Emergency Contact _____  Phone _____

### PRIMARY INSURANCE INFORMATION (ATTACH OR FILL OUT)

Insured Co. Name: _RmSCo_

Insured: _____

Date of Birth: _____  Phone _____

Policy #: _____

☐ W/C  ☐ NF  ☐ Group # _____

Date of Injury: _____

### SECOND INSURANCE INFORMATION (ATTACH OR FILL OUT)

Insured Co. Name: _____

Insured: _____

Date of Birth: _____  Phone _____

Policy #: _____

☐ W/C  ☐ NF  ☐ Group # _____

Business Office Associate's Name: _____  Branch _____

Practitioner: _Trish_

Doctor: _Kowalski_    Diagnosis ICD-9 Code

Discharge Date: _____  Admitted Date _____

Facility Name: _ECMC_

☐ Hospital OP  ☑ Clinic  ☐ Rehab OP  ☐ DME Office  ☐ MD Office  ☐ Patient Home  ☐ Hosp IP  ☐ Nursing Fac

---

**T − P105LG**
**Procare**
MAXTRAX AIR CAM WALKER, LARGE W/ 2 FX socks

||||||||||||| **P105LG**

(Please place the item label here)

☑ Left  ☐ Right
☐ Other: _____

---

**Authorization & Assignment of Benefits**
I hereby authorize payments of medical benefits directly to East Coast Orthotic & Prosthetic, Corp. for supplies/products provided. I further authorize the release of any medical information necessary for determining the extent of third party coverage and for processing an insurance claim on my behalf. I understand that this authorization applies only in connection with supplies provided by or through East Coast Orthotic & Prosthetic, Corp., and does not constitute an authorization for release of future unrelated information. I understand the benefits related to supplies provided by East Coast Orthotic & Prosthetic, Corp. or its representatives will be mailed directly to East Coast Orthotic & Prosthetic, Corp. I permit a copy of this authorization to be as valid as the original. I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind. These products are by prescription only. These products are to be utilized only as directed by my physician. I understand that all costs and supplies not paid by my insurance carrier will become my responsibility. Assignment of insurance benefits does not guarantee that my insurance company will provide coverage. In addition, I have received and understand The Patient Rights and Responsibilities Information. I acknowledge receipt and satisfaction with the item(s) described below on this date and being provided with a copy of the Warranty. By signing below, I am acknowledging that with the item, I have also received the copy of the warranty for my records, have been educated on the care, use and maintenance of the device and have been provided with a follow up appointment if needed.

Patient's or Guardian's Signature: _Chris Urban_    Date: _4/22/10_

Print Name: _____

**OTHER PAYMENT FORMS AVAILABLE**  ☐ Visa  ☐ Mastercard  ☐ American Express  ☐ Check  ☐ Cash

Cardholder: _____  Card Number _____  Amount _____

Expiration Date: _____  Security Code _____  Cardholder Signature _____

White (1) and (4) - East Coast Copy      Yellow - Hospital Copy - 2      Pink - Patient Copy - 3

| EMERGENCY DEPARTMENT - DISCHARGE INSTRUCTIONS | E C M C |
|---|---|
| | ERIE COUNTY MEDICAL CENTER CORPORATION |

Name: **URBANCZYK, CHRISTOPHER**
Med. Rec. #: **M000809138**    Date of Birth: **07/02/1985**  Age: **24**
Visit #: **V00002797498**    Insurance: **RMSCO INC**
Service Date: **04/11/10**    Service Time: **2218**    Room:

Check with your primary provider or prescribing specialist for regular medication dosages and continued appropriateness of medications.
☐ Please give a copy of this information to your primary care provider

| Take medications only as prescribed: | ☐ Take following medicine(s) in addition to your regular medicine(s). ☐ Take following medicine(s) and make changes to your present medicine(s) as noted below. | |
|---|---|---|
| NO. | MEDICINE | INSTRUCTIONS |
| MED. #1 | Tylenol / Motrin OTC as needed | |
| MED. #2 | | |
| MED. #3 | | |
| MED. #4 | | |

## Patient Return To Work/School
☐ Return to Full Duty    Return Date ___/___/___    No job modification necessary

☐ Return to Modified Activity    Start Date ___/___/___    End Date ___/___/___    Modified duty described below:

☑ Off Work/School    Start Date 4/11/10    End Date 4/20/10

## Modify Activity As Follows
☐ **Do Not** operate moving machinery/motor vehicles/bicycles    ☐ **Do Not** work above ground level (climbing ladders,elevated platforms, catwalks, etc.)

☐ No Pushing/Pulling/Lifting with arm/shoulder  ☐ Right ☐ Left    ☐ No Flexion/Extension of elbow  ☐ Right ☐ Left

☐ Limited Lifting/Carrying, not to exceed ☐10 lbs. ☐25 lbs. ☐50 lbs    ☐ No Bending/Twisting at  ☐ Waist ☐ Neck

☐ Must have a sit down job    ☐ No Squatting/Kneeling

## Additional Instructions: no weight bearing, use crutches
at all times

Follow up Physician: Dr. Kowalski    Phone Number: 898 - 3414

☐ Follow up only if not feeling better in _____ days    ☑ Must follow up in 7-10 days

## Return to ER if you have the following symptoms:
↑ pain, swelling, numbness, discoloration, any new
or worsening concerns

|  | I understand treatment and instructions given to me. |
|---|---|
| Physician/Nursing Personnel Signature | Patient Signature |
| ☐ TRANSPORTATION APPROPRIATE FOR CONDITION | Date          Time |

- You have received emergency treatment at E.C.M.C. Follow the instructions carefully. If your condition continues to deteriorate, or unexpected symptoms develop, call the follow-up physician for advice or return to the Emergency Department for re-evaluation. Otherwise follow up as instructed. Call the doctor's office the next day for an appointment.
- If X-rays were taken, they were interpreted by an Emergency Physician while you were being treated in the E.D. These tests will be reviewed again by appropriate specialists the next day. You will be notified immediately in case of additional findings.

0622636
Rev. 8/05
NUR.INS.002

M000809138    V00002797498



**CREDEX AMERICA INC.**
5500 Main Street
Buffalo, NY 14221

Telephone: 716-633-6400
Toll Free: 800-273-3395
Fax: 716-633-8733

10/05/11

CHRISTOPHER URBANCZYK
199 MAYKNOLL DR
BUFFALO NY 14218

Amount due: $61.28
Our Client: JAHANGIR KOLEINI, M.D.
Account # : A100-560300-085501-5
Client #  : 560300
Reference#: 4773
------------------------------------------------------------------------

We are suprised that you have failed to respond to our recent demand
letters in the above mentioned matter. Since it is possible that your
payment may have been sent but has yet to be received by us, we are
extending you the courtesy of additional time to resolve this matter.

Please note that unless we receive your check or money order within five
(5) days payable to the order of CREDEX AMERICA INC. for the above account
appropriate action will be recommended.

Govern yourself accordingly.

Yours truly,
CREDEX AMERICA INC.

Bob Kay
Collection Supervisor

Local Call (716) 633-6400
Toll Free  (800) 273-3395

This is an attempt to collect a debt. Any information obtained will be
used for that purpose.

**UNIVERSITY ORTHOPAEDIC SERVICES, INC.**

March 16, 2011

Chris Urbanczyk
199 Maryknoll Dr
Lackawanna, NY  14218

ACCT#: 2258114                          **BALANCE DUE:  56.00**

Dear Chris,

Our records indicate that your account with us is OVER due.  Please
choose one of the following options to satisfy your account.

    1) Remit full payment in the form of a check payable to:
       University Orthopaedic Services, Inc.
       PO Box 2867
       Buffalo, New York 14240

    2) Pay by VISA or MASTER CARD:
       Name of Card:          _____
       Card Number:           _____
       Expiration Date:       _____
       Amount Paid:           _____
       Authorized Signature:  _____

If payment is not made within 30 days, your account may be placed
with an outside collection agency.  Please note, if your account is
placed with an outside agency, you may be denied future appointments
until your account is satisfied.  If you are unable to make full
payment, please call our billing office at (716) 906-5990 to set up
a payment plan.

If payment has recently been sent, please disregard this notice.  We
look forward to hearing from you regarding this matter.

Sincerely,

UNIVERSITY ORTHOPAEDIC SERVICES, INC.

STATEMENT

AMHERST RADIOLOGY
6000 N BAILEY AVE
AMHERST NY 14226

OFFICE HOURS 8:30 - 5:00 M - F
1 800 446 9729  EXT 199

**PLEASE MAKE CHECKS PAYABLE TO AMHERST RADIOLOGY AND RETURN IN PROVIDED ENVELOPE**
**VISA OR MASTERCARD IS ACCEPTED**

CHRISTOPHER S. URBANCZYK
199 MARYKNOLL DRIVE
LACKAWANNA, NY  14218

| ACCOUNT NUMBER | BILLING DATE | PAGE | OFFICE USE ONLY |
|---|---|---|---|
| A34776 | 12/02/10 | 1 | RMSCO |

AMOUNT ENCLOSED $

▼ PLEASE DETACH HERE AND RETURN TOP STUB WITH YOUR PAYMENT ▼

| DATE OF SERVICE | CPT4 | DESCRIPTION | PROV. | UNITS | INS. MESG. | CHARGE | INSURANCE PAID | ADJUSTMENT | PATIENT PAID | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/10 | 76770 | RENAL SONO COMP | 3DP | 1 | | 175.00 | | | | 8.99 |
| | | Requested By: CARLO PERFETTO | | | | | | | | |
| | | Patient: URBANCZYK, CHRISTOPHER S - A34776 | | | | | | | | |
| | | 08/12/2010 RMSCO | | | | | 120.40 | 45.61 | | |
| | | Balance Due reflects the Copay | | | | | | | | |

*Please finally pay at this time.*
*Happy Holidays*

*thanks*
*Eileen*

*MESSAGE: SEE REVERSE SIDE IF AN INSURANCE MESSAGE APPEARS* ◄

PLEASE PAY ► | 8.99

| COMMENTS | 4.)IF WE DO NOT HEAR FROM YOU WITHIN 30 DAYS FURTHER ACTION WILL BE TAKEN ON YOUR ACCOUNT |
|---|---|

CHRISTOPHER S. URBANCZY

| | 8.99 | | | | | |
|---|---|---|---|---|---|---|
| A34776 | | | | | | |
| ACCOUNT NUMBER | NEW CHARGES SINCE LAST BILL | NEW PAYMENTS SINCE LAST BILL | NEW INS. PMT. SINCE LAST BILL | CURRENT DUE | PAST DUE | FINANCE CHARGE | SCHEDULED AMOUNT |

AMHERST RADIOLOGY • 6000 N BAILEY AVE • SUITE 1C • AMHERST, NY  14226-5102

42

TICE ASSOCIATES, INC.
PO BOX 646
1261 KENMORE AVENUE
KENMORE, NY 14217


August 24, 2012


ACCT #:   165213

CHRISTOPHER URBANCZYK
199 MARYKNOLL DRIVE
Buffalo, NY 14218
||..||.|..|..|.|..||..||||..|.|..||


RE:   LOUBERT S. SUDDABY M.D.     16428                          $150.00
                                                          _____
                                    TOTAL:                       $150.00

Dear CHRISTOPHER URBANCZYK,

You have failed to respond to our previous notice advising you of the delinquency of your
account.

It is our intent to pursue collection of this debt through every means available to us.

We extend this opportunity to settle this debt in a friendly manner.  You may either send your
payment in full to TICE ASSOCIATES, INC. or you must call 716-871-9001 at once..

Sincerely,

MIKE JORDEN
716-871-9001


This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

## MEDICAL MANAGEMENT SERVICES, INC.

| PATIENT NAME | | SERVICE DATE |
|---|---|---|
| CHRISTOPHER URBANCZUK | | 01/16/12 |

| ACCOUNT NUMBER | F/C | STATEMENT DATE |
|---|---|---|
| 4311466-12559414 | | 04/28/12 |

| PLEASE PAY THIS AMOUNT | $493.00 | ENTER AMOUNT ENCLOSED |
|---|---|---|

SERVICING PROVIDER
DIAGNOSTIC IMAGING ASSOCIATES (DIA)

RESPONSIBLE PARTY

MAKE CHECK PAYABLE AND MAIL TO:

269

CHRISTOPHER URBANCZUK
199 MARYKNOLL DR
LACKAWANNA, NY 14218

DIAGNOSTIC IMAGING ASSOCIATES (DI
PO BOX 1333
BUFFALO, NY 14240-1333

☐ CHECK BOX IF YOU HAVE A NEW ADDRESS AND WRITE ON BACK OF THIS PORTION

PLEASE RETURN THE ABOVE PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED TO INSURE PROPER CREDIT

A BALANCE ON YOUR ACCOUNT OF $493.00 REMAINS UNPAID AS OF THIS DATE, FOR SERVICES PERFORMED BY DIAGNOSTIC IMAGING ASSOCIATES (DIA.

**IF YOU FAIL TO PAY THIS BALANCE, YOUR ACCOUNT MAY BE PLACED WITH A COLLECTION AGENCY.**

THIS NOTIFICATION IS A COURTESY ON THE PART OF YOUR HEALTH CARE PROVIDER AND IS EXTENDED IN YOUR OWN BEST INTEREST.

TO AVOID FURTHER COLLECTION ACTION, PLEASE MAIL YOUR PAYMENT WITH THE UPPER PORTION OF THIS NOTICE IN THE ENCLOSED ENVELOPE. IF NEW OR ADDITIONAL INSURANCE INFORMATION IS AVAILABLE, OR IF A PROBLEM EXISTS, PLEASE CALL US AT 716-689-1925 DURING THE HOURS OF 9 a.m.-3 p.m. Mon-Thu

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment for verification. If you request this office within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

**\* THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE \***

MAKE ALL CHECKS PAYABLE TO DIAGNOSTIC IMAGING ASSOCIATES (DIA)

(c279,p279)

TICE ASSOCIATES, INC.
PO BOX 646
1261 KENMORE AVENUE
KENMORE, NY 14217

July 25, 2012

ACCOUNT NO.    165213-1

CHRISTOPHER URBANCZYK
199 MARYKNOLL DRIVE
Buffalo, NY 14218
|..|||.|.|.|.|.|..|||.|.|.|.||

RE:          LOUBERT S. SUDDABY,                    REFERENCE NUMBER:  16428
             M.D.

AMOUNT:           $150.00
INTEREST:           $0.00
                 _____
TOTAL            $150.00

Dear  CHRISTOPHER URBANCZYK,

The above referenced account has been assigned to our office for collection and requires your
attention.

You may take advantage of this opportunity to resolve your debt by calling either 716-871-9001
or 1-800-533-8423 and speaking directly to an account representative.

Unless you contact our office within the next 30 days this account may be reported to the major
credit reporting bureaus.


    All Major Credit Cards Accepted
    Free Check By Phone Services Is Available
    There will be a $25.00 Service Fee For All Returned Checks.



This is an attempt to collect a debt, and any information obtained will be used for that purpose.
Unless you notify this office within 30 days after receiving this notice that you dispute the
validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify
this office in writing within 30 days from receiving this notice, this office will obtain verification
of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.
If you request this office in writing within 30 days after receiving this notice, this office will
provide you with the name and address of the original creditor, if different from the current
creditor.

New York City Department of Consumer Affairs License Number: 1291671

| | STATEMENT | BILL DATE | ACCOUNT NO. | AMOUNT ENCLOSED |
|---|---|---|---|---|

ECMC
908 NIAGARA FALLS BLVD. STE 208
NORTH TONAWANDA, NY 14120-2019

| BILL DATE | ACCOUNT NO. | AMOUNT ENCLOSED |
|---|---|---|
| 07/31/10 | 83563P | $ |

**PLEASE PAY THIS AMOUNT**

15.64*

Return Service Requested

__MC __VISA
Card# ___ ___ ___ ___
Sign _____

Security
Code ___
Exp __/__

16511

CHRISTOPHER URBANCZYK
199 MARYKNOLL DRIVE
LACKAWANNA NY  14218-2717

ECMC
908 NIAGARA FALLS BLVD. STE 208
NORTH TONAWANDA, NY 14120-2019

**RETURN TOP PORTION • RETAIN LOWER**

MESSAGES EXPLAINED ▼ BELOW

| Date | Pat# | Prv# | Msg | Service Description | CPT | Dx | Charge | Payment | Adjust | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| *** | | | | IF YOU HAVE ANY QUESTIONS CONCERNING YOUR BILL PLEASE CALL .. | | | | | | *** |
| *** | | | | 716-692-2160 EXT...303..294..296.          MONDAY-FRIDAY, 8-4 | | | | | | *** |
| *** | | | | IF YOU ARE A SELFPAY PATIENT YOUR BILL HAS BEEN REDUCED BY 56%! | | | | | | *** |
| *********************************************************************** | | | | | | | | | | |
| 04/22/10 | 1 | 86 | L | OFFICE VISIT EST LEVEL 2 | 99212 | 825.25 | 60.00 | | | |
| 06/15/10 | | | | RMSCO INC Payment | | | | 31.18 | | |
| 06/15/10 | | | | Accept Assign Adj. | | | | | -21.03 | 7.79* |
| 05/20/10 | 1 | 86 | L | OFFICE VISIT EST LEVEL 2 | 99212 | 825.25 | 60.00 | | | |
| 07/20/10 | | | | RMSCO INC Payment | | | | 31.41 | | |
| 07/20/10 | | | | Accept Assign Adj. | | | | | -20.74 | 7.85* |

L-The 'PLEASE PAY' includes unpaid co-pay or co-ins. Please make payment.

| DATE LAST PAID | AMOUNT | Current | Over 30 | Over 60 | Over 90 | Over 120 | Ins Pending | Collections | Total Balance |
|---|---|---|---|---|---|---|---|---|---|
| 00/00/00 | 0.00 | 7.85 | 7.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.64 |

MAKE CHECK PAYABLE TO:
ECMC
908 NIAGARA FALLS BLVD. STE 208
NORTH TONAWANDA, NY 14120-2019

**PLEASE PAY THIS AMOUNT**

15.64*

PAT#  1-CHRISTOPHER  URBANC  PRV# 86-STEGEMANN, PHILIP, M.D.

Ph:
Acct#: 83563P
Date:  07/31/10
Page 1 of 1

0001

**Saturn Radiology PLLC**
PO Box 100
Clifton Springs  NY  14432-0100

| | |
|---|---|
| Statement Date: | 03/14/2011 |
| Account Number: | SAT12360 |
| Amount Due: | $151.79 |

AMOUNT PAID

---

Office Hours: 7:30am - 4:00pm
Phone: 585/412-6140 x415  or 800/841-0417 x415

Patient: CHRISTOPHER  URBANCZYK
Primary Ins.: RMSCO MEDICAL CLAIMS

**MAKE CHECK PAYABLE & REMIT TO:**

4212 1 AT 0.354 *19                    04212
Christopher Urbanczyk    SAT12360
199 Maryknoll Drive
Lackawanna NY 14218-2717

**Saturn Radiology PLLC**
PO Box 100
Clifton Springs  NY  14432-0100

CALLC001-0270170-0004212-1909070-019-000095-#004268-0001

□ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

DETACH HERE    AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | POST DATE | CODE | DESCRIPTION OF SERVICE | CHARGE | PAYMENT | ADJ | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/08/10 | | 73630 | FOOT COM MIN 3 VIEWS | $28.00 | | | $1.79 |
| | 12/20/10 | | CLAIM DENIED: COVERAGE NOT IN EFFECT AT TIME OF SERVICE | $0.00 | | $0.00 | |
| | 02/18/11 | | RMSCO MEDICAL CLAIMS | | $7.17 | $19.04 | |
| 11/08/10 | | 73700 | CT LOWER EXT WO CONTRAST | $150.00 | | | $150.00 |
| | 12/23/10 | | CLAIM DENIED: COVERAGE NOT IN EFFECT AT TIME OF SERVICE | $0.00 | | $0.00 | |
| 11/08/10 | | 73630 | FOOT COM MIN 3 VIEWS | $28.00 | | | $28.00 |
| 02/18/11 | | 73620 | FOOT AP & LAT | $26.00 | | | $26.00 |

Total Balance: $205.79
Insurance Pending: $54.00
**AMOUNT DUE NOW: $151.79**

---

| Patient:  CHRISTOPHER  URBANCZYK | Account Number:  SAT12360 | Statement Date:  03/14/2011 |
|---|---|---|
| Location: Erie County Medical Center | | |

**Saturn Radiology PLLC**
PO Box 100
Clifton Springs  NY  14432-0100

Phone: 585/412-6140 x415  or 800/841-0417 x415   IRS# 26-372282

**STATEMENT**

**Western New York MRI LLP**
PO Box 40
Clifton Springs NY 14432-0040



| METHOD OF PAYMENT | | |
|---|---|---|
| ☐ MasterCard | | ☐ VISA |

0001

CARD NUMBER _____  SECURITY CODE _____

NAME ON CARD (PLEASE PRINT) _____  EXP. DATE _____

SIGNATURE _____  AMOUNT _____

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 07/29/2010 | NYM14608 | $56.00 |

AMOUNT PAID

Office Hours: 7:30am - 4:00pm
Phone: 585/412-6140 x310 or 800/841-0417 x310

Patient: CHRISTOPHER URBANCZYK
Primary Ins.: RMSCO MEDICAL CLAIMS

3463 1 AT 0.354 *13                    03463
Christopher Urbanczyk    NYM14608
199 Maryknoll Drive
Lackawanna NY 14218-2717

MAKE CHECK PAYABLE & REMIT TO:

**Western New York MRI LLP**
PO Box 40
Clifton Springs NY 14432-0040

CALLC001-0245683-0003463-1688618-017-000447-#003525-0001

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

DETACH HERE    AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | POST DATE | CODE | DESCRIPTION OF SERVICE | CHARGE | PAYMENT | ADJ | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/12/10 | | 73630 | FOOT COM MIN 3 VIEWS | $28.00 | | | $28.00 |
| 04/11/10 | | 73630 | FOOT COM MIN 3 VIEWS | $28.00 | | | $28.00 |

Total Balance: $56.00
Insurance Pending: $0.00
**AMOUNT DUE NOW: $56.00**

| Patient: CHRISTOPHER URBANCZYK | Account Number: NYM14608 | Statement Date: 07/29/2010 |
|---|---|---|

Location: Erie County Medical Center

**Western New York MRI LLP**
PO Box 40
Clifton Springs NY 14432-0040

CALLC001-0245683-0003463-1688618-017-000447-#003525-0001

Phone: 585/412-6140 x310 or 800/841-0417 x310  IRS# 74-307922'

**Western New York MRI LLP**
PO Box 40
Clifton Springs NY 14432-0040

| | CREDIT CARD PAYMENT | |
|---|---|---|
| ☐ MasterCard | | ☐ VISA |
| CARD NUMBER | | SECURITY CODE |
| NAME ON CARD (PLEASE PRINT) | | EXP. DATE |
| SIGNATURE | | AMOUNT |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 07/30/2010 | NYM14608 | $56.00 |

AMOUNT PAID

Office Hours: 7:30am - 4:00pm
Phone: 585/412-6140 x310  or 800/841-0417 x310

Patient: CHRISTOPHER URBANCZYK
Primary Ins.: RMSCO MEDICAL CLAIMS

 

3471 1 AT 0.354 *13        03471

Christopher Urbanczyk    NYM14608
199 Maryknoll Drive
Lackawanna NY 14218-2717

MAKE CHECK PAYABLE & REMIT TO:

**Western New York MRI LLP**
PO Box 40
Clifton Springs NY 14432-0040

CALLC001-0245683-0003471-1690230-017-000073-#003533-0001

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

◄ DETACH HERE ► AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | POST DATE | CODE | DESCRIPTION OF SERVICE | CHARGE | PAYMENT | ADJ | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/12/10 | | 73630 | FOOT COM MIN 3 VIEWS | $28.00 | | | $28.00 |
| 04/11/10 | | 73630 | FOOT COM MIN 3 VIEWS | $28.00 | | | $28.00 |
| 05/20/10 | | 73630 | FOOT COM MIN 3 VIEWS | $28.00 | | | $28.00 |

Total Balance: $84.00
Insurance Pending: $28.00
**AMOUNT DUE NOW: $56.00**

| Patient: CHRISTOPHER URBANCZYK | Account Number: NYM14608 | Statement Date: 07/30/2010 |
|---|---|---|

Location: Erie County Medical Center

**Western New York MRI LLP**
PO Box 40
Clifton Springs NY 14432-0040

CALLC001-0245683-0003471-1690230-017-000073-#003533-0001

Phone: 585/412-6140 x310  or 800/841-0417 x310    IRS# 74-307922*

STATEMENT

**Western New York MRI LLP**
PO Box 40
Clifton Springs NY 14432-0040

| | | |
|---|---|---|
| ☐ MasterCard | | ☐ VISA |

| CARD NUMBER | | SECURITY CODE |
|---|---|---|
| NAME ON CARD (PLEASE PRINT) | | EXP. DATE |
| SIGNATURE | | AMOUNT |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 05/11/2011 | NYM14608 | $56.00 |

AMOUNT PAID

0001

Office Hours: 7:30am - 4:00pm
Phone: 585/412-6140 x310  or 800/841-0417 x310

Patient: CHRISTOPHER URBANCZYK
Primary Ins.: RMSCO MEDICAL CLAIMS

 

920 1 AT 0.362 *3                    00920
Christopher Urbanczyk    NYM14608
199 Maryknoll Drive
Lackawanna NY 14218-2717

MAKE CHECK PAYABLE & REMIT TO:

**Western New York MRI LLP**
PO Box 40
Clifton Springs NY 14432-0040

CALLC001-0275353-0000920-1973012-015-000027-#001043-0001
☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

DETACH HERE

AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | POST DATE | CODE | DESCRIPTION OF SERVICE | CHARGE | PAYMENT | ADJ | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/08/10 | | 73610 | ANKLE COMP THREE VIEWS | $28.00 | | | $28.00 |
| 09/08/10 | | 73630 | FOOT COM MIN 3 VIEWS | $28.00 | | | $28.00 |

Total Balance: $56.00
Insurance Pending: $0.00
**AMOUNT DUE NOW: $56.00**

| Patient: CHRISTOPHER URBANCZYK | Account Number: NYM14608 | Statement Date: 05/11/2011 |
|---|---|---|

Location: Erie County Medical Center

**Western New York MRI LLP**
PO Box 40
Clifton Springs NY 14432-0040

CALLC001-0275353-0000920-1973012-015-000027-#001043-0001

Phone: 585/412-6140 x310  or 800/841-0417 x310  IRS# 74-307922

0001

**Western New York MRI LLP**
PO Box 40
Clifton Springs NY 14432-0040

| | | |
|---|---|---|
| ☐ MasterCard | ☐ VISA | |
| CARD NUMBER | | SECURITY CODE |
| NAME ON CARD (PLEASE PRINT) | | EXP. DATE |
| SIGNATURE | | AMOUNT |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 09/28/2010 | NYM14608 | $5.60 |

AMOUNT PAID

Office Hours: 7:30am - 4:00pm
Phone: 585/412-6140 x310  or 800/841-0417 x310

Patient: CHRISTOPHER  URBANCZYK
Primary Ins.: RMSCO MEDICAL CLAIMS

 

3049 1 AT 0.354 *12                 03049
Christopher Urbanczyk    NYM14608
199 Maryknoll Drive
Lackawanna NY  14218-2717

MAKE CHECK PAYABLE & REMIT TO:

**Western New York MRI LLP**
PO Box 40
Clifton Springs  NY  14432-0040

CALLC001-0255603-0003049-1748003-018-000016-#003167-0001

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

DETACH HERE   AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | POST DATE | CODE | DESCRIPTION OF SERVICE | CHARGE | PAYMENT | ADJ | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/20/10 | | 73630 | FOOT COM MIN 3 VIEWS | $28.00 | | | $5.60 |
| | 08/25/10 | | COPAYMENT | | $22.40 | $0.00 | |
| 09/08/10 | | 73610 | ANKLE COMP THREE VIEWS | $28.00 | | | $28.00 |
| 09/08/10 | | 73630 | FOOT COM MIN 3 VIEWS | $28.00 | | | $28.00 |

Total Balance: $61.60
Insurance Pending: $56.00
**AMOUNT DUE NOW: $5.60**

| Patient: CHRISTOPHER  URBANCZYK | Account Number: NYM14608 | Statement Date: 09/28/2010 |
|---|---|---|

Location: Erie County Medical Center

**Western New York MRI LLP**
PO Box 40
Clifton Springs  NY  14432-0040

CALLC001-0255603-0003049-1748003-018-000016-#003167-0001

Phone: 585/412-6140 x310  or 800/841-0417 x310  IRS# 74-307922!

| | STATEMENT | BILL DATE | ACCOUNT NO. | AMOUNT ENCLOSED |
|---|---|---|---|---|
| | | 03/14/11 | 2258114 | $ |

UNIVERSITY ORTHOPAEDIC SERVICES, INC.
PO BOX 2867
BUFFALO, NY 14240-2867

**PLEASE PAY THIS AMOUNT**

56.00*

__ MC  __ VISA __ Disc                          Security
Card# __ __ __ __ __ __ __ __             Code ___
Sign _____   Exp __/__

12150

CHRIS URBANCZYK
199 MARYKNOLL DR
LACKAWANNA NY  14218-2717

UNIVERSITY ORTHOPAEDIC SERVICES, INC.
PO BOX 2867
BUFFALO, NY 14240-2867

**RETURN TOP PORTION • RETAIN LOWER**

MESSAGES EXPLAINED ▼ BELOW

| Date | Pat# | Prv# | Msg | Service Description | CPT | Dx | Charge | Payment | Adjust | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| *** | | | | Your Account Balance is Overdue! THIS IS YOUR FINAL STATEMENT!!! | | | | | | *** |
| *** | | | | BALANCES NOT PAID WITHIN 30 DAYS OF THE STATEMENT DATE WILL INCUR A | | | $15 | | | *** |
| *** | | | | LATE FEE. FOR BILLING QUESTIONS, CALL THE PHONE NUMBER LISTED BELOW | | | | | | *** |
| *** | | | | BETWEEN 9:00AM - 3:00PM.  THANK YOU. | | | | | | *** |
| | | | | ********************************************************************** | | | | | | |
| | | | | Balance  Forward: | | | 56.00 | | | 56.00* |
| | | | | Insurance Charges pending to Prv: | | | 977.00 | | | 977.00 |

| DATE LAST PAID | AMOUNT | Current | Over 30 | Over 60 | Over 90 | Over 120 | Ins Pending | Collections | Total Balance |
|---|---|---|---|---|---|---|---|---|---|
| 00/00/00 | 0.00 | 0.00 | 0.00 | 56.00 | 0.00 | 0.00 | 977.00 | 0.00 | 1033.00 |

MAKE CHECK PAYABLE TO:
UNIVERSITY ORTHOPAEDIC SERVICES, INC.
PO BOX 2867
BUFFALO, NY 14240-2867

**PLEASE PAY THIS AMOUNT**

56.00*

Ph:(716)-906-5990
Acct#: 2258114
Date: 03/14/11
Page 1 of 1

PAT# 1-CHRIS  URBANCZYK     PRV# 11-ROHRBACHER, BERNHARD, MD

| STATEMENT | BILL DATE | ACCOUNT NO. | AMOUNT ENCLOSED |
|---|---|---|---|
| | 12/21/10 | 2258114 | $ |

UNIVERSITY ORTHOPAEDIC SERVICES, INC.
PO BOX 2867
BUFFALO, NY 14240-2867

**PLEASE PAY THIS AMOUNT**

56.00*

__MC  __VISA __Disc        Security
Card# ___ ___ ___ ___       Code ___
Sign _____    Exp __/__

10512

CHRIS URBANCZYK
199 MARYKNOLL DR
LACKAWANNA NY  14218-2717

UNIVERSITY ORTHOPAEDIC SERVICES, INC.
PO BOX 2867
BUFFALO, NY 14240-2867

**RETURN TOP PORTION • RETAIN LOWER**

MESSAGES EXPLAINED ▼ BELOW

| Date | Pat# | Prv# | Msg | Service Description | CPT | Dx | Charge | Payment | Adjust | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| *** | | | | BALANCES NOT PAID WITHIN 30 DAYS OF THE STATEMENT DATE WILL INCUR A $15 | | | | | | *** |
| *** | | | | LATE FEE. FOR BILLING QUESTIONS, CALL THE PHONE NUMBER LISTED BELOW | | | | | | *** |
| *** | | | | BETWEEN 9:00AM - 3:00PM.  THANK YOU. | | | | | | *** |
| 11/08/10 | 1 | 11 | H | OFFICE VISIT EST LEVEL 2 | 99212 | 825.25 | 56.00 | | | |
| 12/13/10 | | | | RMSCO, INC. Payment | | | | 0.00 | | 56.00* |

H-You were not covered by Ins billed so it is your responsibility to pay us.

| DATE LAST PAID | AMOUNT | Current | Over 30 | Over 60 | Over 90 | Over 120 | Ins Pending | Collections | Total Balance |
|---|---|---|---|---|---|---|---|---|---|
| 00/00/00 | 0.00 | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 |

MAKE CHECK PAYABLE TO:
UNIVERSITY ORTHOPAEDIC SERVICES, INC.
PO BOX 2867
BUFFALO, NY 14240-2867

**PLEASE PAY THIS AMOUNT**
56.00*

Ph:(716)-906-5990
Acct#: 2258114
Date:  12/21/10
Page 1 of 1

PAT#  1-CHRIS  URBANCZYK      PRV# 11-ROHRBACHER, BERNHARD, MD



## Healthcare Recovery Management Inc.
453 Route 211 East Suite # 301
Middletown, N.Y. 10940
1-877-231-9481
Phone # 845 343-9600 Fax # 845 343-9614
LIC. # 1418719

**DECEMBER 31, 2012**

**CHRISTOPHER URBANCZYK**
**199 MARYKNOLL DR**
**LACKAWANNA, NY 14218**

| | |
|---|---|
| **PATIENT:** | *CHRISTOPHER URBANCZYK* |
| **CLIENT:** | **EAST COAST ORTHOTICS & PROSTHETICS, CORP** |
| **AMOUNT:** | *$272.00* |
| **D.O.S.:** | *04/22/10* |

**DEAR: MR. & MRS. URBANCZYK,**

****************** **THIS IS YOUR THIRD NOTICE**********************

**PLEASE SUBMIT YOUR PAYMENT TO:**
**HEALTHCARE RECOVERY MANAGEMENT INC.**

*WE ARE WILLING TO MAKE PAYMENT ARRANGEMENTS. IF WE DO NOT HEAR FROM YOU WE WILL ASSUME THIS DEBT IS VALID & REPORT THIS BILL TO CREDIT AGENCIES!!*

***PS Please note the name of the client on the memo section of your check or money order**

*Sincerely,*

**MS. GUERRIDO (EXT. 3)**
**Collection Supervisor**

This is an attempt to collect a debt.  Any information obtained will be used for that purpose only.



**Healthcare Recovery Management Inc.**
453 Route 211 East Suite # 301
Middletown, N.Y. 10940
1-877-231-9481
Phone # 845 343-9600 Fax # 845 343-9614
LIC. # 1262657

*MAY 24, 2011*

*CHRISTOPHER URBANCZYK*
*199 MARYKNOLL DRIVE*
*LACKAWANNA, NY 14218*

| | |
|---|---|
| *PATIENT:* | *CHRISTOPHER URBANCZYK* |
| *CLIENT:* | *EAST COAST ORTHOTICS & PROSTHETICS, CORP.* |
| *AMOUNT:* | *$ 235.72 (includes interest and collection fees)* |
| *D.O.S:* | *4/22/10* |
| *FILE #:* | *71916* |

*DEAR: MR. / MRS.* URBANCZYK,

*We have written to you previously about the above debt. The law now permits us to assume this is a valid debt, as you did not write to us disputing it. We believe this matter could be settled without resorting to further collection efforts if we can secure your cooperation.*

*As of the date of this letter you owe the total due stated above. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater.*

*If you would like to settle this matter voluntarily, please contact our office as soon as possible.*
*PLEASE CALL 845-343-9600*

*P.S. INSURANCE CARRIER STATES YOU ARE RESPONSIBLE FOR THIS DEBT*
*PLEASE CALL ME IF YOU WISH FOR US TO OFFER YOU A SETTLEMENT OR PAYMENT*
*PLAN.*

*PLEASE MAKE CHECK PAYABLE TO H.R.M.*
*\*\*\*Also, please note the name of the client on the memo section of your check or money order\*\*\**

*Sincerely,*

*MS. JOAQUIN (EXT: 4)*
*BILLING SUPERVISOR*

THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE ONLY!!



**Healthcare Recovery Management Inc.**
453 Route 211 East Suite # 301
Middletown, N.Y. 10940
1-877-231-9481
Phone # 845 343-9600 Fax # 845 343-9614
LIC. # 1262657

**INC.**

*APRIL 26, 2011*

*CHRISTOPHER URBANCZYK*
*199 MARYKNOLL DR*
*LACKAWANNA, NY 14218*

| | |
|---|---|
| *PATIENT:* | *CHRISTOPHER URBANCZYK* |
| *CLIENT:* | *EAST COAST ORTHOTICS & PROSTHETICS, CORP.* |
| *AMOUNT:* | *$ 235.72(includes interest and fees)* |
| *D.O.S.:* | *04/22/10* |

*DEAR: MR & MRS. URBANCZYK,*

*The above named creditor has placed your past due account with our collection agency for immediate payment. The creditor advised us that they have billed your insurance carrier and they have paid their part in full. The amount owed is either your deductible, co-payment or not fully covered by your insurance carrier. Our client rendered services to you in good faith and you are responsible to pay this account immediately.*

*P.S. INSURANCE STATES YOU ARE RESPONSIBLE FOR THIS DEBT.*

*If you are disputing these charges for any reason whatsoever, it is necessary to contact this office without delay. Due to the age of the above account, it will go to our legal department within 30 days of this letter.*

*Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.*

*Sincerely,*

*MS. KOWALSKY (EXT: 2)*
*COLLECTION SUPERVISOR*

THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE ONLY!



**INC.**

**Healthcare Recovery Management Inc.**
453 Route 211 East Suite # 301
Middletown, N.Y. 10940
1-877-231-9481
Phone # 845 343-9600 Fax # 845 343-9614
LIC. # 1262657

*AUGUST 8, 2011*

*CHRISTOPHER URBANCZYK*
*199 MARYKNOLL DR.*
*LACKAWANNA, NY 14218*


**PATIENT:**   **CHRISTOPHER URBANCZYK**
**CLIENT:**   **EAST COAST ORTHOTICS & PROSTHETICS, CORP.**
**AMOUNT:**   **$ 235.72 (WITH COLLECTION FEE & INTEREST)**
**D.O.S:**   **71916**


*DEAR: MR. / MS. URBANCZYK,*

*It is imperative that you contact this office immediately.*

**The creditor wants us to enforce payment through local counsel.**

*We need* ***\*YOUR\**** *cooperation to avoid this.*


**PLEASE SEND PAYMENT IMMEDIATELY TO AVOID ADDED INTEREST FEES**

**PLEASE MAKE CHECK PAYABLE TO H.R.M.**


**P.S. THIS DEBT IS YOUR RESPONSIBILITY. PLEASE CALL ME TO RESOLVE THIS AND AVOID FURTHER ACTION AGAINST YOU ON YOUR DEBT OWED.**

**Sincerely,**
**Ms. Joaquin, (EXT. 4)**
**Collection Supervisor**

**MR. G. HERNANDEZ**
**Director of Legal Services**


THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE ONLY!!

**EAST COAST ORTHOTIC & PROSTHETIC**
PO BOX 662
DEER PARK  NY 11729
Phone: 631-254-5577

71916

**Address**
CHRISTOPHER URBANCZYK
199 MARYKNOLL DRIVE
LACKAWANNA NY 14218

**Billing Address**
CHRISTOPHER URBANCZYK
199 MARYKNOLL DRIVE
LACKAWANNA NY 14218

Date:  3/9/2011

# Statement

Page  1  of  1

| Invoice # | Service Date | Invoice Date | Description | Amount | Payment | Balance |
|---|---|---|---|---|---|---|
| 5760.0001 | 4/22/2010 | 06/04/2010 | SEAMLESS AFO SOCK, ADULT REG (Purchase) | $14.46 | | $14.46 |
| | | | Coins/Deduct | | | |
| 5801.0001 | 4/22/2010 | 06/28/2010 | MAXTRAX AIR WALKER, LG (Purchase) | $185.30 | | $185.30 |
| | | | Deductible | | | |
| | | | | | **Total Balance Due** | **$199.76** |

| Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 150 + |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $199.76 |

<u>Your account may be forwarded to Collections after 60 days of the Invoice Date.</u>

<u>Please remit balance due.  Thank you</u>

<u>Your account may be forwarded to Collections after 60 days of the Invoice Date.</u>

<u>Finance Charges will be applied starting on the 90th day of the Invoice Date.</u>

**EAST COAST ORTHOTIC & PROSTHETIC**
PO BOX 662
DEER PARK NY 11729
Phone: 631-254-5577

71916

**Address**
CHRISTOPHER URBANCZYK
199 MARYKNOLL DRIVE
LACKAWANNA NY 14218

**Billing Address**
CHRISTOPHER URBANCZYK
199 MARYKNOLL DRIVE
LACKAWANNA NY 14218

Date: 1/25/2011

# Statement

Page 1 of 1

| Invoice # | Service Date | Invoice Date | Description | Amount | Payment | Balance |
|---|---|---|---|---|---|---|
| 5760.0001 | 4/22/2010 | 06/04/2010 | SEAMLESS AFO SOCK, ADULT REG (Purchase) | $14.46 | | $14.46 |
| | | | Coins/Deduct | | | |
| 5801.0001 | 4/22/2010 | 06/28/2010 | MAXTRAX AIR WALKER, LG (Purchase) | $185.30 | | $185.30 |
| | | | Deductible | | | |

2ND NOTICE

JAN 2 5 2011

EAST COAST ORTHOTIC & PROSTHETIC CORP.

| | | | | | Total Balance Due | $199.76 |
|---|---|---|---|---|---|---|

| Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 150 + |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $199.76 |

**Your account may be forwarded to Collections after 60 days of the Invoice Date.**

**Please remit balance due. Thank you**

**Your account may be forwarded to Collections after 60 days of the Invoice Date.**

**Finance Charges will be applied starting on the 90th day of the Invoice Date.**


**INC.**

*Healthcare Recovery Management Inc.*
453 Route 211 East Suite # 301
Middletown, N.Y. 10940
1-877-231-9481
Phone # 845 343-9600 Fax # 845 343-9614
LIC. # 1418719

*August 7, 2012*

**CHRISTOPHER URBANCZYK**
**199 MARYKNOLL DR**
**LACKAWANNA, NY 14218**

| | |
|---|---|
| *PATIENT:* | **CHRISTOPHER URBANCZYK** |
| *CLIENT:* | **EAST COAST ORTHOTICS & PROSTHETICS, CORP.** |
| *AMOUNT:* | *$272.00* |
| *DOS:* | *04/22/10* |
| *FILE#:* | *71916* |

*DEAR: MR. / MS. URBANCZYK,*

*The above named creditor placed your ** **past due** ** account with our office, for immediate collection and you have chosen to ignore all attempts to conclude this matter.  Therefore, client has authorized the sale of this transaction information to credit/collection information gathering organizations.*

*You are hereby notified that information pertaining to this transaction will now be sold to credit bureaus nationwide for the next 7 years and computer access to this information will also be sold in accordance with state statute of limitations.*

*Unless you notify this office within **10 days** after receiving this notice you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid.*

*THIS IS YOUR RESPONSIBILITY; PLEASE DO NOT IGNORE OUR ATTEMPTS TO GET THIS MATTER RESOLVED. WE HAVE ALREADY SENT SEVERAL NOTICES; YOU'RE RESPONSIBLE FOR THIS DEBT.*

*PLEASE CALL TO MAKE ARRANGEMENTS AND AVOID ANYMORE COLLECTION CHARGES.*

*SINCERELY,*

*MS. L. SORIANO (EXT: 2)*
**COLLECTION SUPERVISOR**

THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE ONLY!!

P.O. Box 337
Clarence NY 14031-0337
RETURN SERVICE REQUESTED



8685 Sheridan Drive
Williamsville, NY 14221
(716) 565-1111
Fax: (716) 565-1115

AMERICAN
CREDIT CONTROL
CORPORATION

December 9, 2011

203552 - 1 - 333
Christopher Urbanczyk
199 Maryknoll Dr
Buffalo NY 14218-2717
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

American Credit Control Corporation
P.O. Box 337
Clarence NY 14031-0337
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Phone NO. (        ) _____ - _____

Balance Due: $   56.00

333-CDAA1001Y10D77D139

*** Please detach and return in the enclosed envelope with your payment ***

RE: UNIVERSITY ORTHOPAEDIC SRVC.
Account : URBANCZYK, CHRISTOPHER
Balance Due: $   56.00

Agency No: 203552
Customer No.: 2258114
Date of Service: 11/ 8/10

This is to inform you that the above named creditor has placed your account with this agency with the full intention of settling this debt.

You may not have intentionally neglected this obligation, but it is seriously past due and demands your attention!

If you would like our cooperation then:

1. Send payment in full in the enclosed envelope.
2. Contact this office in person or by telephone to resolve this account.
3. To make a Credit card payment, please complete below and return.

Yours truly,
*American Credit Control Corporation*

**IMPORTANT NOTIFICATION:**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt by a debt collector.
Any information obtained will be used for that purpose.

IF YOU WISH TO PAY BY MASTERCARD, VISA OR AMERICAN EXPRESS, (CIRCLE ONE)
FILL IN THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US

  

$ _____          ___ /___

Account Number          Payment Amount          Expire Date

Card Holder Name          Signature of Card Holder



**Healthcare Recovery Management Inc.**
453 Route 211 East Suite # 301
Middletown, N.Y. 10940
1-877-231-9481
Phone # 845 343-9600 Fax # 845 343-9614
LIC. # 1418719

*FEBRUARY 8, 2013*

**CHRISTOPHER URBANCZYK**
**199 MARYKNOLL DR**
*LACKAWANNA, NY 14218*

| | |
|---|---|
| *PATIENT:* | **CHRISTOPHER URBANCZYK** |
| *CLIENT:* | ***EAST COAST ORTHOTICS & PROSTHETICS, CORP.*** |
| *AMOUNT:* | ***$300.00*** |
| *D.O.S:* | *04/22/10* |

*DEAR: MR. / MRS URBANCZYK,*

*The above named **physician/hospital** has placed your \*\* past due \*\* account with our office for **immediate collection**. The entire balance is due and payable with interest at this time.*

**\*\* PLEASE CALL TO MAKE ARRANGEMENTS & AVOID FURTHER ACTION \*\***

*We have enclosed a self-addressed envelope for your \*\* immediate remittance \*\* by mail. We are dating our files \*20\* days anticipating your reply....*

*P.S. INSURANCE COMPANY STATED WILL STAND BY THERE DENIAL WILL NOT OVER RULE DECISION MEMBER IS RESPONSIBLE FOR THE DEBT.*

*Sincerely,*

**MS. GUERRIDO (EXT. 3)**
**COLLECTION SUPERVISOR**

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE ONLY.

UNIVERSITY ORTHOPAEDIC

PO BOX 2867
BUFFALO NY 14240-2867

July 30, 2011
ACCOUNT INFORMATION
Acct No.: 760F3-0002258114
Client Ref.: 7168236687
Amount Due: **$56.00**
Due Date: **August 9, 2011**

CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA NY  14218-2717

Dear Christopher Urbanczyk:

Thank you.

We sincerely appreciate your business and trust you are satisfied.

Unfortunately, the above referenced amount is now past due and requires your attention.
Please remit your payment with the lower portion of this letter in the envelope provided.

If you feel there is an error, please contact us as soon as possible.  We really want to
help resolve your past due account balance. Our staff is ready to assist you at the
number indicated below.

Thank you for your desire to cooperate in resolving this matter.

UNIVERSITY ORTHOPAEDIC

PO BOX 2867
BUFFALO NY 14240-2867
716-906-5990

↑↑ **PLEASE RETURN LOWER PORTION WITH PAYMENT** ↑↑

July 30, 2011
**ACCOUNT INFORMATION**
Acct No.: 760F3-0002258114
Client Ref.: 7168236687
**Amount Due: $56.00**
**Amount Enclosed:** _____
Due Date: August 9, 2011

CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA NY  14218-2717

UNIVERSITY ORTHOPAEDIC
PO BOX 2867
BUFFALO NY 14240-2867

Charge to my:

Credit Card Expiration Date: _____

Credit Card #: _____

Cardholder Name: _____

Billing Address: _____

Security Code: _____

Signature: _____

☐ My check/money order is enclosed

PAP-F0104-A-0

F0104

THIS HAS BEEN SENT TO YOU BY A COLLECTION AGENCY

G1BTWL42 83T051 5UD410JK001*TWL*

ACCT NO.    760F2-0002258114
CLIENT REF 7168236687

TRANSWORLD SYSTEMS INC.
COLLECTION AGENCY
5760 COMMONS PARK DRIVE
EAST SYRACUSE, NY 13057
866-296-2174

**AMOUNT DUE   $56.00**

# TRANSMITTAL

11/15/11



CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA NY  14218-2717

You have been advised of some of the problems and possible consequences connected with non-payment of a legitimate debt.

Unless timely payment is made, we may recommend to our client that this account be transferred to our team of professional telephone collectors.

Send correspondence, other than payments, to this collection agency at P.O. BOX 12103, TRENTON, NJ  08650.

Transworld Systems believes that settlement now is the best policy.  Send payment to - -

UNIVERSITY ORTHOPAEDIC
SERVICES INC
PO BOX 2867
BUFFALO NY  14240

Our Client's Phone:
716-204-3200

Contact Jamie Allen at Transworld Systems Inc.  This collection agency is licensed by the Department of Consumer Affairs of the City of New York, License # 1303525.  Office Hours: 7am - 5pm PST Monday - Friday
Transworld Systems Inc. is a collection agency attempting to collect a debt and any information obtained will be used for that purpose.  This communication is from a debt collector.
*We are required under some states' laws to notify consumers of certain rights as detailed in the list on the back of this notice.  Consumers have rights under state and federal law that are not described in this letter or in the list on the back of this notice.*

---

DETACH AND RETURN WITH PAYMENT

MAKE CHECK OR MONEY ORDER PAYABLE TO -
**UNIVERSITY ORTHOPAEDIC**

UNIVERSITY ORTHOPAEDIC
SERVICES INC
PO BOX 2867
BUFFALO NY  14240

5    **$56.00**

Christopher Urbanczyk          760F2-0002258114

760F2 0002258114 7168236687 00005600

Calls to or from this company may be monitored or recorded for quality assurance.

## WISCONSIN

1. This collection agency is licensed by the: Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.

## TENNESSEE

2. This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

## COLORADO

3. The State of Colorado requires that we disclose the following for Colorado Residents: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca.

## MINNESOTA

4. This collection agency is licensed by the Minnesota Department of Commerce.

## CALIFORNIA

5. The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## MASSACHUSETTS

6. The State of Massachusetts requires that we disclose the following for Massachusetts Residents: NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

PO BOX 16
COLUMBUS, OH 43216-5025

ADDRESS SERVICE REQUESTED



‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖   4155 - 4955
#BWNDVFW  02
#707053649448#
CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA, NY 14218-2717

March 20, 2013

**Amount Due:**    **$408.50**

---

**Client Name: Erie County Medical Center**              **Account Balance: $408.50**
**Client Account#: V00002904112**

Your past due account has been placed with this office for payment.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

For flexible payment options please visit our website at: **www.paycbcs.com** and use the following account number to log in: **70705364944**
You may contact us at: **(800) 649-0690**

<div align="center">

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

</div>

---

CHRISTOPHER URBANCZYK
199 MARYKNOLL DR
LACKAWANNA, NY 14218-2717

Erie County Medical Center
Account # : 70-705364944
Balance: $408.50

**RETURN THIS PORTION WITH YOUR PAYMENT**                    02

| IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW | | |
|---|---|---|
| ☐VISA | ☐MASTERCARD | |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | PHONE (with area code) | |

Make Payment To:

CBCS  70
PO BOX 164060
Columbus, Oh 43216-4060
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

7070536494400040850

4155 -4955

0014

**Saturn Radiology PLLC**
PO Box 100
Clifton Springs  NY  14432-0100

| | |
|---|---|
| Date: | 07/27/2010 |
| Patient Name: | CHRISTOPHER  URBANCZYK |
| Account #: | SAT12360 |
| Amount Due: | $345.00 |

Amount Remitted:   _____

Office Phone:     585/412-6140 x415
Toll Free:          800/841-0417 x415

  

3470 1 AT 0.354 *12                    03470

Christopher Urbanczyk    SAT12360
199 Maryknoll Drive
Lackawanna  NY  14218-2717

**Saturn Radiology PLLC**
PO Box 100
Clifton Springs  NY  14432-0100

CALLC003-0245193-0003470-1685794-020-000133-#003948-0014
PLEASE RETURN TOP PORTION WITH PAYMENT

# THIS IS YOUR FINAL NOTICE!

This is our final effort to have you pay your past due account. Your account with Saturn Radiology PLLC may be turned over to our collection unless we receive payment within the next 15 days or you contact us to make payment arrangements.

Respond to this collection notice today.

# FINAL NOTICE!

Saturn Radiology PLLC
PO Box 100
Clifton Springs  NY  14432-0100

| | | | |
|---|---|---|---|
| Office Phone: | 585/412-6140 x415 | Patient Name: | CHRISTOPHER  URBANCZYK |
| Toll Free: | 800/841-0417 x415 | Account #: | SAT12360 |
| Office Hours: | 7:30am - 4:00pm | Amount Due: | $345.00 |

DM-RCP 0014

**Buffalo Spine and Sports Institute PC**
PO Box 347315
Pittsburg, PA 15251-4315

RETURN SERVICE REQUESTED

For Billing Questions 716-692-2160
Ext 319 or 322
**************SCH 3-DIGIT 140
003267

CHRISTOPHER S URBANCZUK
199 MARYKNOLL DR
LACKAWANNA NY 14218-2717

☐ Please check if address or insurance information
has changed and complete form on back.

| | ☐ Visa   ☐ Discover |
| VISA | ☐ MasterCard  ☐ American Express |

| Card Number/ Check Number | | Exp. Date | Security Code |
| Card Holder Name | | Signature | |

| Statement Date 01/10/12 | Pay This Amount $335.00 | Account # 95003 |
| Payment Due Date 01/31/12 | Show Amount Paid Here | ☞ $ |

**MAKE CHECKS PAYABLE TO:**

**Buffalo Spine And Sports Institute PC**
PO Box 347315
Pittsburg, PA 15251-4315

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

**Account #: 95003**     **Please Pay: $335.00**     **Due Date: 01/31/12**

| Date | Description | Charges | Insurance Balance | Patient Balance |
|---|---|---|---|---|
| 12/14/2011 | CHRISTOPHER S URBANCZUK ID# 95003/FREDERICK B MCADAM MD<br>OFFICE CONSULTATION | 335.00 | 0.00 | 335.00 |
| | BALANCE TICKET #OP037486 | | .00 | 335.00 |

| IMPORTANT MESSAGE ABOUT YOUR ACCOUNT | | |
|---|---|---|
| PAYMENT IS DUE UPON RECEIPT. | Total Balance | 335.00 |
| | -Insurance Pending | .00 |
| | Patient Amount Due | 335.00 |

Make Checks Payable To:  Buffalo Spine And Sports Institute PC **For Billing Questions Call 716-692-2160 Ext 319 or 322**

**Buffalo Spine and Sports Institute PC**
PO Box 347315
Pittsburg, PA 15251-4315

60503203YNNNN

VISA
☐ Visa          ☐ Discover
☐ MasterCard    ☐ American Express

| Card Number/ Check Number | | Exp. Date | Security Code |
|---|---|---|---|
| Card Holder Name | | Signature | |

RETURN SERVICE REQUESTED

| Statement Date | Pay This Amount | Account # |
|---|---|---|
| 12/19/11 | $335.00 | 95003 |
| Payment Due Date | Show Amount | |
| 01/09/12 | Paid Here  ☞ $ | |

**For Billing Questions** 716-692-2160
Ext 319 or 322

**MAKE CHECKS PAYABLE TO:**

000195

CHRISTOPHER S URBANCZUK
199 MARYKNOLL DR
LACKAWANNA NY 14218-2717

**Buffalo Spine And Sports Institute PC**
PO Box 347315
Pittsburg, PA 15251-4315

☐ Please check if address or insurance information
has changed and complete form on back.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

---

**Account #: 95003**          **Please Pay: $335.00**          **Due Date: 01/09/12**

| Date | Description | Charges | Insurance Balance | Patient Balance |
|---|---|---|---|---|
| 12/14/2011 | CHRISTOPHER S URBANCZUK ID# 95003/FREDERICK B MCADAM MD<br>OFFICE CONSULTATION | 335.00 | 0.00 | 335.00 |
| | BALANCE TICKET #OP037486 | | .00 | 335.00 |

| **IMPORTANT MESSAGE ABOUT YOUR ACCOUNT** | | |
|---|---|---|
| PAYMENT IS DUE UPON RECEIPT. | **Total Balance** | 335.00 |
| | **-Insurance Pending** | .00 |
| | **Patient Amount Due** | 335.00 |

**Make Checks Payable to:   Buffalo Spine And Sports Institute PC For Billing Questions Call 716-692-2160**
Ext 319 or 322

60503203

**Buffalo Spine and Sports Institute PC**
PO Box 347315
Pittsburg, PA 15251-4315

RETURN SERVICE REQUESTED

**For Billing Questions** 716-692-2160
Ext 319 or 322

```
|..||.||....||..||.||.....|.||..|.|.||....|.|.|.||
006662
***************SCH 3-DIGIT 140
```

CHRISTOPHER S URBANCZUK
199 MARYKNOLL DR
LACKAWANNA NY 14218-2717

☐ Please check if address or insurance information
has changed and complete form on back.

| VISA | ☐ Visa | ☐ Discover |
| | ☐ MasterCard | ☐ American Express |

| Card Number/ Check Number | | Exp. Date | Security Code |
|---|---|---|---|
| Card Holder Name | | Signature | |

| Statement Date 07/31/12 | Pay This Amount $80.00 | Account # 95003 |
|---|---|---|
| Payment Due Date 08/21/12 | Show Amount Paid Here ☞ $ | |

**MAKE CHECKS PAYABLE TO:**

Buffalo Spine And Sports Institute PC
PO Box 347315
Pittsburg, PA 15251-4315

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

---

**Account #: 95003**      **Please Pay: $80.00**      **Due Date: 08/21/12**

| Date | Description | Charges | Insurance Balance | Patient Balance |
|---|---|---|---|---|
| 03/06/2012 | CHRISTOPHER S URBANCZUK ID# 95003/FREDERICK B MCADAM MD ESTABLISHED PATIENT OFFICE VISIT LEVEL 3 | 80.00 | 0.00 | 80.00 |
| | BALANCE TICKET #0P039596 | | .00 | 80.00 |

| **IMPORTANT MESSAGE ABOUT YOUR ACCOUNT** | | |
|---|---|---|
| | Total Balance | 80.00 |
| | -Insurance Pending | .00 |
| | Patient Amount Due | 80.00 |

Make Checks Payable To:  Buffalo Spine And Sports Institute PC **For Billing Questions Call 716-692-2160**
Ext 319 or 322

PD0501-32

0014

**Western New York MRI LLP**
PO Box 40
Clifton Springs  NY  14432-0040

CHECK CREDIT CARD USING FOR PAYMENT, AND FILL OUT BELOW.

☐ MasterCard          ☐ VISA

CARD NUMBER

SECURITY CODE

NAME ON CARD (PLEASE PRINT)

EXP. DATE

SIGNATURE

AMOUNT

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 08/30/2010 | NYM14608 | $61.60 |

Office Phone:     585/412-6140 x310
Toll Free:          800/841-0417 x310

Amount Remitted: _____

        

3594 1 AT 0.354 *13                    03594

Christopher Urbanczyk     NYM14608
199 Maryknoll Drive
Lackawanna  NY  14218-2717

**Western New York MRI LLP**
PO Box 40
Clifton Springs  NY  14432-0040

CALLC003-0253423-0003594-1718498-019-000080-#003725-0014

PLEASE RETURN TOP PORTION WITH PAYMENT

# THIS IS YOUR FINAL NOTICE!

This is our final effort to have you pay your past due account. Your account with Western New York MRI LLP may be turned over to our collection unless we receive payment within the next 15 days or you contact us to make payment arrangements.

Respond to this collection notice today.

# FINAL NOTICE!

Western New York MRI LLP
PO Box 40
Clifton Springs  NY  14432-0040

Office Phone:     585/412-6140 x310
Toll Free:          800/841-0417 x310
Office Hours:     7:30am - 4:00pm

Patient Name:     CHRISTOPHER  URBANCZYK
Account #:          NYM14608
Amount Due:       $61.60

DM-RCP 0014

0014

**Western New York MRI LLP**
PO Box 40
Clifton Springs  NY  14432-0040

CHECK CREDIT CARD USING FOR PAYMENT AND FILL OUT BELOW.

☐ MasterCard          ☐ VISA

CARD NUMBER                          SECURITY CODE

NAME ON CARD (PLEASE PRINT)          EXP. DATE

SIGNATURE                            AMOUNT

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 03/28/2011 | NYM14608 | $5.60 |

Office Phone:    585/412-6140 x310
Toll Free:      800/841-0417 x310

Amount Remitted: _____

 

1299 1 AT 0.354 *5       01299

Christopher Urbanczyk   NYM14608
199 Maryknoll Drive
Lackawanna  NY  14218-2717

**Western New York MRI LLP**
PO Box 40
Clifton Springs  NY  14432-0040

CALLC003-0271487-0001299-1923235-016-000027-#001379-0014

PLEASE RETURN TOP PORTION WITH PAYMENT

# THIS IS YOUR FINAL NOTICE!

This is our final effort to have you pay your past due account. Your account with Western New York MRI LLP may be turned over to our collection agency unless we receive payment within the next 15 days or you contact us to make payment arrangements.

Respond to this collection notice today.

# FINAL NOTICE!

Western New York MRI LLP
PO Box 40
Clifton Springs  NY  14432-0040

Office Phone:    585/412-6140 x310
Toll Free:      800/841-0417 x310
Office Hours:    7:30am - 4:00pm

Patient Name:    CHRISTOPHER  URBANCZYK
Account #:      NYM14608
Amount Due:    $5.60

CALLC003-0271487-0001299-1923235-016-000027-#001379-0014

0M-RCP 0014